**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Ashley Albert, et al.

    **Plaintiff,**

    **v.**

Global Tel*Link Corp., et al.

    **Defendant.**

\*      \*      \*      \*      \*

**Case No.**  8:20-cv-01936-PWG

## MOTION FOR ADMISSION PRO HAC VICE

I, <u>Matthew K. Handley</u>, am a member in good standing of the bar of this Court.  I am moving the admission of <u>Brent W. Johnson</u> to appear pro hac vice in this case as counsel for <u>Plaintiffs - Ashley Albert, et al.</u>.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

    State Court & Date of Admission          U.S. Court & Date of Admission

    See Attached

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court <u>1</u> time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

/s/Matthew K. Handley
_____
Signature

Matthew K. Handley (Bar # 18636)
_____
Printed name and bar number

Handley Farah & Anderson PLLC
_____
Office name

777 6th Street NW, Eleventh Floor, Washington, DC 20001
_____
Address

(202) 559-2433
_____
Telephone number

(844) 300-1952
_____
Fax Number

mhandley@hfajustice.com
_____
Email Address

PROPOSED ADMITTEE

/s/ Brent W. Johnson
(signed by Matthew K Handley with permission of Brent W. Johnson)
_____
Signature

Brent W. Johnson
_____
Printed name

Cohen Milstein Sellers & Toll PLLC
_____
Office name

1100 New York Ave, NW, Ste. 500, Washington, DC 20005
_____
Address

(202) 408-4600
_____
Telephone number

(202) 408-4699
_____
Fax Number

bjohnson@cohenmilstein.com
_____
Email Address

**Attachment to Motion for Admission Pro Hac Vice for Brent W. Johnson**

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

<u>State Court & Date of Admission:</u>

New Jersey State Bar  12/13/2003

New York State Bar  8/23/2006

D.C. State Bar  1/8/2007

<u>U.S. Court & Date of Admission:</u>

U.S.D.C. for D.C.  4/2/2007

U.S.D.C. for the District of New Jersey  10/1/2004

U.S.D.C. for the Eastern District of Michigan  7/17/2012

U.S.C.A. for the Second Circuit  7/18/2016

U.S.D.C. for the Southern District of New York  6/11/2019

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 1 time:

Active Case - *Jien v. Perdue Farms, Inc.* (admitted pro hac vice 9/18/2019)