UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| ASHLEY ALBERT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL TEL*LINK CORP., et al.<br><br>Defendants. | Case No. 8:20-CV-1936-PWG |

## **NOTICE OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

Please enter the appearance of undersigned counsel, a member in good standing of the bar of this Court, on behalf of defendant Securus Technologies, LLC. I certify that I am admitted to practice in this Court.

Dated: July 10, 2020

/s Jason R. Scherr
Jason R. Scherr, Bar No. 25633
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202.739.6000 (tel.)
202.739.6001 (fax)
jr.scherr@morganlewis.com