# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Ashley Albert, et al.

Plaintiff(s)

Case No.: 8:20-cv-01936-PWG

vs.

Global Tel*Link Corporation, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Robert DeLacy, III, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Class Action Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 07/02/2020 at 12:20 PM, I served Securus Technologies, LLC c/o The Corporation Trust Company, Registered Agent at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801 with the Summons, Civil Cover Sheet, and Class Action Complaint by serving Kamesha James, Agent, authorized to accept service on behalf of The Corporation Trust Company.

Kamesha James is described herein as:

Gender: Female   Race/Skin: Black   Age: 40   Weight: 115   Height: 5'7"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

7-6-20
Executed On

Robert DeLacy, III

Client Ref Number: 23430-001
Job #: 1579011

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050