# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Ashley Albert, et al.

**Plaintiff(s)**

Case No.: 8:20-cv-01936-PWG

vs.

Global Tel*Link Corporation, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Robert DeLacy, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Class Action Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 07/02/2020 at 10:36 AM, I served 3Cinteractive Corp. c/o Cogency Global Inc., Registered Agent at 850 New Burton Road, Suite 201, Dover, Delaware 19904 with the Summons, Civil Cover Sheet, and Class Action Complaint by serving Mikayla Paul, Agent, authorized to accept service on behalf of Cogency Global Inc.

Mikayla Paul is described herein as:

Gender: Female   Race/Skin: White   Age: 30   Weight: 150   Height: 5'6"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

Executed On July 6/2020

Robert DeLacy, Jr.

Client Ref Number: 23430-001
Job #: 1579008

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050