# UNITED STATES DISTRICT COURT

# DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY ALBERT, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>GLOBAL TEL*LINK CORP., et al.,<br><br>　　　　　　　Defendants. | Civil Action No.  8:20-CV-01936-PWG<br><br><br>NOTICE OF APPEARANCE |

TO THE CLERK AND ALL PARTIES OF RECORD:

　　　　Please enter the appearance of Rosa Evergreen, a member in good standing of the bar of this Court, on behalf of defendant Global Tel*Link Corporation.  I certify that I am admitted to practice in this Court.

July 20, 2020

　　　　　　　　　　　　　　　　　　　By:　/s/ Rosa Evergreen
　　　　　　　　　　　　　　　　　　　　　　Rosa Evergreen, Bar No. 19610
　　　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER KAYE SCHOLER LLP
　　　　　　　　　　　　　　　　　　　　　　601 Massachusetts Ave, NW
　　　　　　　　　　　　　　　　　　　　　　Washington, DC  20001-3743
　　　　　　　　　　　　　　　　　　　　　　Tel: 202-942-5000
　　　　　　　　　　　　　　　　　　　　　　Fax: 202-942-5999
　　　　　　　　　　　　　　　　　　　　　　rosa.evergreen@arnoldporter.com