UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| ASHLEY ALBERT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL TEL*LINK CORP., et al.<br><br>Defendants. | Case No. 8:20-CV-1936-PWG |

**STIPULATED MOTION TO EXTEND TIME TO RESPOND
AND PROPOSED BRIEFING SCHEDULE**

COME NOW Plaintiffs Ashley Albert, Ashley Baxter, Karina Jakeway, and Melinda Jabbie ("Plaintiffs"), together with Defendants Global Tel*Link Corp. ("GTL"), Securus Technologies, LLC ("Securus"), and 3CInteractive Corp. ("3CI") (collectively, "Defendants"), by undersigned counsel, pursuant to Local Rules 105.2 and 105.9, and

HEREBY STIPULATE and JOINTLY MOVE for an order adopting the following schedule for answering or otherwise responding to the complaint in this action, and for briefing any motions filed pursuant to Rule 12, Fed. R. Civ. P.

| Event | Filed by |
|---|---|
| • All Defendants' responses to complaint | September 18, 2020 |
| • Plaintiffs' opposition(s) to Rule 12 motions | November 13, 2020 |
| • Defendants' replies in support of Rule 12 motions | December 11, 2020 |

All parties shall confer with respect to consolidating arguments and increasing efficiencies where practicable, and shall submit to the Court any joint proposals regarding page limits and organization of supporting memoranda.

Dated: July 20, 2020                                              Respectfully submitted,

BY COUNSEL FOR ALL PARTIES, by express written consent:

<div style="display:flex">
<div>

  /s/ Matthew K. Handley
**HANDLEY FARAH & ANDERSON PLLC**
Matthew K. Handley, Bar No. 18636
Rachel E. Nadas*
777 6th Street, NW, Eleventh Floor
Washington, DC 20001
T: 202.559.2433
F: 844.300.1952
mhandley@hfajustice.com
rnadas@hfajustice.com

George F. Farah
Rebecca P. Chang
81 Prospect Street
Brooklyn, NY 11201
T: 212.477.8090
F: 844.300.1952
gfarah@hfajustice.com
rchang@hfajustice.com

William A. Anderson
4730 Table Mesa Drive
Suite G-200
Boulder, CO 80305
T: 202.559.2433
F: 844.300.1952
wanderson@hfajustice.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Benjamin D. Brown*
Brent W. Johnson
Robert A. Braun
1100 New York Ave., Suite 500
Washington, DC 20005
T: 202.408.4600
F: 202-408-4699
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
rbraun@cohenmilstein.com

Christopher J. Bateman
88 Pine Street, 14th Floor

</div>
<div>

  /s/ Jason R. Scherr
**MORGAN LEWIS & BOCKIUS, LLP**
Jason R. Scherr, Bar No. 25633
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: 202.739.6000
F: 202.373.6001
jr.scherr@morganlewis.com

Elizabeth Herrington*
77 W. Wacker Drive
Chicago, IL 60601
T: 312.324.1000
F: 312.324.1001
beth.herrington@morganlewis.com

R. Brendan Fee*
1701 Market Street
Philadelphia, PA 19103
T: 215.963.5000
F: 215.963.5001
brendan.fee@morganlewis.com

**COUNSEL FOR DEFENDANT SECURUS TECHNOLOGIES, LLC**

\*   \*   \*

**ARNOLD & PORTER KAYE SCHOLER LLP**
Rosa Evergreen, Bar No. 19610
601 Massachusetts Ave, NW
Washington, DC  20001-3743
T: 202.942.5000
F: 202.942.5999
rosa.evergreen@arnoldporter.com

**COUNSEL FOR DEFENDANT GLOBAL TEL*LINK CORP.**

\*   \*   \*

</div>
</div>

New York, NY 10005
T: 212.838.7797
F: 212.838.7745
cbateman@cohenmilstein.com

**JUSTICE CATALYST LAW, INC.**
Benjamin D. Elga*
Kelly Jo Popkin*
81 Prospect Street
Brooklyn, NY 11201
T: 518.732.6703
belga@justicecatalyst.org
kpopkin@justicecatalyst.org

Brian J. Shearer*
Craig L. Briskin*
718 7th St. NW
Washington, DC 20001
T: 518.732.6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

**HUMAN RIGHTS DEFENSE CENTER**
Daniel Marshall*
P.O. Box 1151
Lake Worth, FL 33460
T: 561.360.2523
F: 561.828.8166
dmarshall@hrdc-law.org

**WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS**
Hannah E.M. Lieberman, Bar No. 05456
700 14th St. NW, Ste 400
Washington, DC 20005
T: 202.319.1040
F: 202.319.1010
Hannah_Lieberman@washlaw.org

**COUNSEL FOR PLAINTIFFS**

**STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON,
P.A.**
Jay B. Shapiro*
150 West Flagler Street, Suite 2200
Miami, FL  33130
T: 305.789.3229
F: 305.789.2664
jshapiro@stearnsweaver.com

**WILLIAMS & CONNOLLY LLP**
Jonathan Pitt, Bar No. 16086
Colette Connor*
725 Twelfth Street, NW
Washington, DC  20005
T: 202.434.5170
F: 202.480.8236
jpitt@wc.com
cconnor@wc.com

**COUNSEL FOR DEFENDANT
3CINTERACTIVE CORP.**

\* *pro hac vice* motion forthcoming

\*   \*   \*

**SO ORDERED** this \_\_\_\_\_ day of _____, 2020.

BY THE COURT:

_____
Hon. Paul W. Grimm, U.S.D.J.