# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Ashley Albert et al. *

**Plaintiff,**

*

**v.** Case No. 8:20-CV-1936-PWG

Global Tel*Link Cop. et al. *

**Defendant.** *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Defendant 3CInteractive Corp.

I certify that I am admitted to practice in this Court.

7/22/2020
Date

*Jonathan B. Pitt*
Signature

Jonathan B. Pitt (Bar No. 16086)
Printed name and bar number

725 Twelfth Street NW, Washington DC 20005
Address

jpitt@wc.com
Email address

(202) 434-5000
Telephone number

(202) 434-5029
Fax number