UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY ALBERT, et al.,<br><br>                   Plaintiffs,<br><br>v.<br><br>GLOBAL TEL*LINK CORP., et al.,<br><br>                   Defendants. | Civil Action No. 8:20-CV-01936-PWG<br><br><br>NOTICE OF APPEARANCE |

TO THE CLERK AND ALL PARTIES OF RECORD:

       Please enter the appearance of Jonathan I. Gleklen, a member in good standing of the bar of this Court, on behalf of defendant Global Tel*Link Corporation. I certify that I am admitted to practice in this Court.

July 23, 2020

                                                            By:   /s/ Jonathan I. Gleklen
                                                                 Jonathan I. Gleklen Bar No. 21350
                                                                 ARNOLD & PORTER KAYE SCHOLER LLP
                                                                 601 Massachusetts Ave, NW
                                                                 Washington, DC 20001-3743
                                                                 Tel: 202-942-5454
                                                                 Fax: 202-942-5999
                                                                jonathan.gleklen@arnoldporter.com