UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY ALBERT, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>GLOBAL TEL*LINK CORP., et al.,<br><br>      Defendants. | Civil Action No. 8:20-CV-01936-PWG |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 101(2)(b), it is hereby requested that the appearance of Rosa Evergreen of Arnold & Porter Kaye Scholer LLP be withdrawn as counsel for Defendant Global Tel*Link Corporation in this matter. Defendant Global Tel*Link will continue to be represented by Jonathan I. Gleklen of the same firm.

July 23, 2020

                By: /s/ Jonathan I. Gleklen
                    Jonathan I. Gleklen Bar No. 21350
                    ARNOLD & PORTER KAYE SCHOLER LLP
                    601 Massachusetts Ave, NW
                    Washington, DC 20001-3743
                    Tel: 202-942-5454
                    Fax: 202-942-5999
                    jonathan.gleklen@arnoldporter.com