**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Albert et al.
**Plaintiff,** *

v. * **Case No.** 8:20-cv-01936-PWG

Global Tel*Link Corp., et al. *

**Defendant.** *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that ______________________
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

▣ The following corporate affiliations exist with Global Tel*Link Corp.:
(name of party)

Global Tel*Link Corp. is a private, wholly-owned subsidiary of GTEL Holdings, Inc..
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

______________________.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

________________________________ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

7/24/2020
Date

/s/ Jonathan Gleklen
Signature

Jonathan Gleklen - Bar No. 21350
Printed name and bar number

601 Massachusetts Ave., NW Washington, D.C. 20001-3743
Address

jonathan.gleklen@arnoldporter.com
Email address

202.942.5000
Telephone number

202.942.5999
Fax number