UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

July 27, 2020

RE: *Albert et al. v. Global Tel*Link Corp. et al.*, PWG-20-1936

## **LETTER ORDER**

Dear Counsel:

     This Letter Order addresses the parties stipulated motion, ECF No. 20, to extend the time for Defendants to respond to the Complaint and setting a briefing schedule for motions to dismiss. The Court thanks the parties for their cooperation. The motion is granted in part and denied in part as follows. The request for an extension of time to respond to the Complaint is granted. The deadline for Defendants to respond to the Complaint is September 18, 2020. The proposed briefing schedule is denied. If the Defendants would like to file motions to dismiss, in accordance with my Letter Order regarding the filing of motions, ECF No. 3, they should file letters of 3 pages or less, single-spaced, excluding exhibits, by the aforementioned deadline of September 18, 2020. I will then schedule a pre-motion conference with the parties. During that conference, I will discuss a briefing schedule for any motions to dismiss and related issues.

     Although informal, this is an Order of Court and will be docketed accordingly.

Sincerely,

/S/

Paul W. Grimm
United States District Judge