Felicia C. Cannon, Clerk  
Catherine M. Stavlas, Chief Deputy  
Elizabeth B. Snowden, Chief Deputy

Reply to Southern Division Address

July 31, 2020

8:20−cv−01936−PWG  
Albert et al v. Global Tel*Link Corp. et al

Dear Counsel,

The Clerk received your Motion for Admission Pro Hac Vice for Charles Scott Lent. Upon reviewing the motion, we noticed the signature of the attorney(s) checked below was incorrect:

[ ]   Movant

[x]   Proposed admittee

Signatures of attorneys must either be handwritten or meet the requirements in the "signature" section of our civil procedures manual. (You may go to our website at www.mdd.uscourts.gov to access the manual.)

To file a revised motion without paying the fee a second time, please do the following:
1. Go to the Court's website at www.mdd.uscourts.gov to obtain the Motion for Admission Pro Hac Vice form.
2. Prepare the motion with all required information.
3. Refile the motion using the event, "Pro Hac Vice − Corrected."

When the new motion is received, it will be reviewed and a ruling will be issued. In the meantime, the existing motion will be terminated and marked "Filed in error."

Very truly yours,

_____/s/_____  
Felicia C. Cannon  
Clerk, U.S. District Court  
District of Maryland  
prepared by: Sierra Dennison