# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

_____   *

**Plaintiff,**

                           *

**v.**                              **Case No.** _____

                           *

_____   *

**Defendant.**                    *

## MOTION FOR ADMISSION PRO HAC VICE

I, _____, am a member in good standing of the bar of this

Court.  I am moving the admission of _____

to appear pro hac vice in this case as counsel for _____.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

        State Court & Date of Admission        U.S. Court & Date of Admission

   _____   _____

   _____   _____

   _____   _____

   _____   _____

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court _____ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.   (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

PROPOSED ADMIT

_____/s/_____
Jonathan Gleklen, Esquire
Signature

_____/s/_____
Charles Scott Lent, Esquire
(signed by Jonathan Gleklen with permission of Charles Scott Lent)
Signature

_____
Printed name and bar number

_____
Printed name

_____
Office name

_____
Office name

_____
Address

_____
Address

_____
Telephone number

_____
Telephone number

_____
Fax Number

_____
Fax Number

_____
Email Address

_____
Email Address