IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| ASHLEY ALBERT, et al., | |
|---|---|
| Plaintiffs, | |
| v. | Case No. 8:20-cv-01936 |
| GLOBAL TEL LINK CORP., et al., | |
| Defendant. | |

**MOTION FOR ADMISSION PRO HAC VICE**

I, Jason R. Scherr, am a member in good standing of the bar of this Court. I am moving the admission of R. Brendan Fee to appear pro hac vice in this case as counsel for Securus Technologies, LLC.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following states, in addition to numerous federal courts:

| State Court & Date of Admission | Federal Court & Date of Admission |
|---|---|
| New Jersey (Bar No. 033082003) (11/22/03) | USDC, Eastern Dist. of Pennsylvania (11/17/03) |
| Pennsylvania (Bar No. 91382) (11/03/03) | USDC, Middle Dist. of Pennsylvania (2/21/05) |
| | USDC, Southern Dist. of New York (7/2015) |
| | USDC, Eastern Dist. of Michigan (6/2016) |
| | US Court of Appeals, 3rd Circuit (11/22/16) |

3. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted pro hac vice in this Court.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant, a member of the bar of this Court in good standing, will serve as co-counsel in these proceedings.

8. The $100.00 fee for admission pro hac vice accompanies this motion.

9. We here certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Jason R. Scherr | /s/ R. Brendan Fee * |
| Jason R. Scherr (Bar No. 25633)<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Ave., N.W.<br>Washington, DC 200004<br>202.739-6000 (tel.)<br>202.739-6001 (fax)<br>jr.scherr@morganlewis.com | R. Brendan Fee<br>Morgan, Lewis & Bockius LLP<br>1701 Market St.<br>Philadelphia, PA 19103<br>215.963-5000 (tel.)<br>215.963-5001 (fax)<br>brendan.fee@ morganlewis.com |
| | *Signed by Jason R. Scherr with permission of R. Brendan Fee* |