**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Albert et al.

**Plaintiff,**

v.

Global Tel*Link Corp., et al.

**Defendant.**

Case No. 8:20-cv-01936-PWG

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☒ The following corporate affiliations exist with 3Cinteractive Corp. :
(name of party)

3Cinteractive is a private, wholly-owned subsidiary of IMImobile PLC.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

July 27, 2020
Date

/s/ Jonathan B. Pitt
Signature

Jonathan B. Pitt (Bar No. 16086)
Printed name and bar number

725 12th St. NW, Washington D.C. 20854
Address

jpitt@wc.com
Email address

202-434-5000
Telephone number

202-434-5029
Fax number