UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY ALBERT, et al.,<br><br>                               Plaintiffs,<br><br>v.<br><br>GLOBAL TEL*LINK CORP., et al.,<br><br>                               Defendants. | C.A. No. 8:20-cv-01936<br><br>**UNOPPOSED MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL** |

Pursuant to Federal Rule of Civil Procedure 23(g), Plaintiffs Ashley Albert, Ashley Baxter, Karina Jakeway, and Melinda Jabbie respectfully move the Court for an order appointing the following law firms as Interim Co-Lead Class Counsel: Handley Farah & Anderson PLLC and Cohen Milstein Sellers & Toll PLLC.

The unopposed motion is based on this notice and motion; the accompanying memorandum of points and authorities in support of the motion; the concurrently filed declarations of George F. Farah, and Brent W. Johnson, with their exhibits; and the Proposed Order that accompanies this motion. The motion is supported by all counsel for plaintiffs in this action, and defendants do not oppose.

Dated: August 6, 2020

Respectfully submitted,

/s/ Matthew K. Handley
Matthew K. Handley (D. Md. Bar # 18636)
Rachel Nadas (*pro hac vice* forthcoming)
HANDLEY FARAH & ANDERSON PLLC
777 6th Street, NW, Eleventh Floor
Washington, DC 20001
Telephone: (202) 559-2433
mhandley@hfajustice.com
rnadas@hfajustice.com

George F. Farah (admitted *pro hac vice*)
Rebecca Chang (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
Telephone: (212) 477-8090
gfarah@hfajustice.com
rchang@hfajustice.com

William A. Anderson (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive
Suite G-200
Boulder, CO 80305
Telephone: (202) 559-2433
wanderson@hfajustice.com

*/s/ Brent W. Johnson*
Benjamin D. Brown (*pro hac vice forthcoming*)
Brent W. Johnson (admitted *pro hac vice*)
Robert A. Braun (admitted *pro hac vice*)
Christopher J. Bateman (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW
5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
rbraun@cohenmilstein.com
cbateman@cohenmilstein.com

*Proposed Interim Co-Lead Class Counsel*