# EXHIBIT A



Handley Farah & Anderson PLLC

777 6th Street, NW – 11th Floor – Washington, DC 20001
T (202)-559-2411 – info@hfajustice.com

## About the Firm

Handley Farah & Anderson PLLC seeks to improve the world. The law firm litigates cases against large corporations and other powerful interests that have unlawfully harmed people. The firm vigorously pursues such cases to halt unjust practices, hold wrongdoers accountable and recover financial damages for victims.

Handley Farah has particular expertise prosecuting class actions against multinational corporations whose policies and practices have systematically harmed workers, consumers, farmers, or others. Most of the lawsuits filed by Handley Farah are class actions that could not have been effectively pursued on an individual basis, and the firm's lawyers have extraordinary experience litigating complex class actions from inception through trial.

When determining which cases to pursue, Handley Farah chooses to fight for those who need our help most: underpaid workers, mistreated farmers, overcharged consumers, rejected tenants, courageous whistleblowers, persons with disabilities, defrauded investors, and victims of discrimination. The resources of these clients are vastly outmatched by those of the defendants—but Handley Farah's gifted lawyers level the playing field.

## Lawyers at Handley Farah

Handley Farah is comprised of eight lawyers, a licensed private investigator and a paralegal located in offices in Washington, DC; New York, NY; Boulder, CO and London, England. The firm's lawyers have graduated from top law schools, clerked for federal judges, litigated groundbreaking cases, recovered hundreds of millions of dollars, published books and articles, been interviewed on dozens of television programs, and received multiple awards.

Yet beyond their impressive résumés, the lawyers at Handley Farah are creative and inspired litigators. They employ innovative legal strategies to overcome obstacles, and they fearlessly litigate cases as long as necessary to secure justice for their clients. While they come from different backgrounds, those lawyers are united by a singular purpose: to use their law degrees and legal talents to help those in need.

Handley Farah's lawyers have been repeatedly recognized for their extraordinary work and skills. For example, founding partner Matthew Handley was a 2018 Finalist for Public Justice's Trial Lawyer of the Year for successfully representing a class of same-sex spouses denied health insurance coverage by Wal-Mart. That same year, Mr. Handley's legal efforts on behalf of trafficked workers was featured prominently in the book, *The Girl from Kathmandu, Twelve Dead Men and a Woman's Quest for Justice*, by award-winning journalist Cam Simpson.

## Uncovering Injustices

Unlike many plaintiffs' firms, Handley Farah rarely pursues cases on the heels of government indictments or cases that other firms have already filed. Instead, Handley Farah labors to uncover, examine, and prosecute injustices that no one else has discovered.

The lawyers at Handley Farah are particularly adept at investigating and developing compelling cases. They collaborate with nonprofit organizations and private investigators to unearth corporate abuses around the world and identify viable legal claims for the injured parties.

## Practice Areas

Leveraging the diverse legal backgrounds and unique investigative skills of its lawyers, Handley Farah litigates complex matters across a broad range of practice areas, including:

- Antitrust
- Commodity Manipulation
- Consumer Protection
- Disability Rights
- Employment Discrimination
- Exploited Foreign Labor
- Fair Housing
- Mistreated Farmers
- Police Misconduct
- Securities Litigation
- Wage Theft
- Whistleblower/False Claims Act

In litigating such cases, the lawyers at Handley Farah have recovered—through settlement and trial verdicts—hundreds of millions of dollars for plaintiffs. The firm has also secured critical injunctive relief that has halted discriminatory misconduct, reconfigured corporate policies, modified unsafe products and reinvigorated competitive markets.

## Antitrust and RICO Violations

Two of the largest practice areas at Handley Farah are devoted to antitrust enforcement and consumer protection. The firm's attorneys have considerable experience litigating class actions that allege violations of the federal antitrust laws, Racketeer Influenced and Corrupt Organizations Act ("RICO"), and consumer protection statutes.

The lawyers at Handley Farah have prosecuted many antitrust class actions against large corporations that unlawfully conspired to eliminate competition, recovering hundreds of millions of dollars in damages for class members. For example, lawyers at Handley Farah have served as co-lead counsel in the following matters:

- *In re: OSB Antitrust Litigation* (E.D. Pa.): A class action alleging that manufacturers of oriented standard board conspired to reduce supply and inflate prices. Co-lead counsel secured $120 million in settlements for the class of purchasers.

- *In re Hydrogen Peroxide Antitrust Litigation* (E.D. Pa.): A class action alleging a price-fixing conspiracy by manufacturers of hydrogen peroxide. Co-lead counsel secured $100 million in settlements for the class of purchasers.

- *Allen v. Dairy Farmers of America, Inc.* (D. Vt.): A class action alleging that dairy processors conspired to artificially depress raw milk prices and reduce compensation to dairy farmers. Co-lead counsel secured a $80 million settlement for the class of farmers.

- *Jien et al v. Perdue Farms, Inc. et al* (D.MD): A pending antitrust class action alleging that the leading poultry processors in the United States conspired to fix and depress the compensation of processing plant workers.

Handley Farah's lawyers have also litigated dozens of class actions against multinational corporations that have made fraudulent misrepresentations to the detriment of consumers, workers and farmers. In litigating such cases involving deceptive business practices, lawyers at Handley Farah have alleged violations of both RICO and consumer protection statutes. For example, lawyers at Handley Farah have served as lead counsel in the following cases:

- *Carlin v. Dairy America, Inc.* (E.D. Cal.): A class action that accused several major dairy processors of fraudulently misreporting data to the federal government—in violation of RICO—for the purpose of depressing compensation to dairy farmers. Lead counsel secured a $40 million settlement for the class.

- *True v. American Honda Motor Co.* (C.D. Cal.): A class action alleging misrepresentations by Honda regarding fuel efficiency and battery issues in its vehicles. Co-lead counsel secured a cash settlement in excess of $50 million.

- *Friedman v. Guthy-Renker* (C.D. Cal.): A class action alleging misrepresentations regarding the side effects of haircare products. Co-lead counsel secured a $26.25 million cash settlement, resulting in payments to class members of as much as $20,000 each.

- *Burrell et. al. v. Lackawanna County et. al* (M.D. Pa): A pending collective and class action alleging that civilly detained debtors have been forced to work at a private recycling center, in violation of RICO and minimum wage laws.

## Judicial Recognition

The work of Handley Farah's lawyers has been praised by many courts. For example, in finally approving a $40 million settlement in *Carlin v. Dairy America, Inc.* for a class of dairy farmers, after more than a decade of litigation under founding partner George Farah's leadership, the Eastern District of California held in May 2019 that "the Court takes a favorable view of the breadth and depth of experience of Plaintiffs' Counsel, recognizes the extraordinary efforts they made on behalf of the class, and … finds the settlement amount extraordinary."

Similarly, in *Adhikari v. Daoud & Partners*, after years of adversarial litigation under the direction of founding partner Matthew Handley that recovered millions of dollars for foreign workers who were trafficked or killed, the Southern District of Texas noted in May 2017 "that herculean efforts of Plaintiffs' counsel have been in the highest traditions of the bar. No lawyer or group of lawyers could have done more or done better."

# GEORGE FARAH
## PARTNER

New York, NY
gfarah@hfajustice.com
212-477-8090



**EDUCATION**
- Harvard Law School, J.D., 2005
- Princeton University, B.A., 2000

**AWARDS**
- Selected "Super Lawyer" (2016-2018)
- The Paul and Daisy Soros Fellowship

**SELECT PUBLICATIONS**
- Book: "No Debate: How the Republican and Democratic Parties Secretly Control the Presidential Debates," Seven Stories (2004)
- "Prominent Market Definition Issues in Pharmaceutical Antitrust Cases," Antitrust Magazine, Fall 2015 (with Laura Alexander)
- "A Moral and Economic Case for a Living Wage Law," The Washington Post, May 4, 2006 (with Clayton Sinyai)

**ADMISSIONS**
- District of Columbia
- New York
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Northern District of New York
- U.S. Court of Appeals for Second Circuit

**George Farah** is a Partner at Handley Farah & Anderson. He develops and litigates cases against powerful corporate interests in pursuit of justice. He has represented a broad array of clients with limited resources—including workers, farmers, consumers, unions, small businesses and whistleblowers—that have been significantly harmed by corporate abuses. On their behalf, he has halted unjust business practices and recovered substantial financial damages.

Mr. Farah is particularly adept at investigating and developing morally compelling class action cases. He collaborates with nonprofit organizations and private investigators to uncover hidden corporate misconduct and identify viable legal claims.

In addition to conceiving and initiating cutting-edge class action cases, Mr. Farah also vigorously litigates them. He has successfully litigated a broad range of important cases around the country:

• **Antitrust Violations**: He has prosecuted many nationwide class actions against large corporations that have violated the antitrust laws. He has successfully represented thousands of consumers and small businesses that were overcharged due to price-fixing conspiracies or unlawful monopolies, recovering hundreds of millions of dollars in damages.

• **RICO Violations**: He has litigated multiple RICO actions alleging that corporations engaged in unlawful patterns of racketeering activity. In particular, he has prosecuted RICO claims against corporations that have made harmful fraudulent misrepresentations to government agencies.

• **Depressed Wages**: He has litigated claims on behalf workers who were wrongly deprived of compensation. Through both class and collective actions, he has represented restaurant and construction workers around the country who were denied minimum wages, overtime pay, or lawful benefits.

• **Whistleblowers**: He has represented employees who have courageously blown the whistle on corporations that defrauded the federal government. He has specifically represented whistleblowers in cases alleging that healthcare companies and for-profit colleges made misrepresentations to collect millions of dollars in taxpayer funds.

In each of these cases, Mr. Farah aggressively litigated claims against well-resourced defendants for as long as necessary to secure the best recovery. For example, in approving a $40 million settlement in *Carlin v. Dairy America, Inc.* for a class of dairy farmers victimized by RICO violations, after more than a decade of litigation under Mr. Farah's leadership, the Eastern District of California held that "the Court takes a favorable view of the breadth and depth of experience of Plaintiffs' Counsel, recognizes the extraordinary efforts they made on behalf of the class, and … finds the settlement amount extraordinary."

Mr. Farah has also zealously engaged in pro bono litigation to safeguard our democracy and protect human rights. He sued President Trump for violating the Emoluments Clause of the Constitution. He represented Holocaust survivors in actions against companies who profited from Nazi-era slave labor. He obtained political asylum for applicants who were tortured in Nepal. He represented Greenpeace against corporations that spied on and infiltrated the nonprofit. He provided legal counsel to an affordable housing campaign pursued by Tenants and Workers United.

Prior to co-founding Handley Farah & Anderson, Mr. Farah was a partner at the law firm of Cohen Milstein Sellers & Toll, where he focused on antitrust and human rights litigation for 14 years. He has repeatedly been named a "Super Lawyer" by Super Lawyers magazine.

Before practicing law, Mr. Farah obtained his undergraduate degree in international relations from Princeton University and earned his law degree at Harvard Law School. He was also the recipient of a Paul and Daisy Soros Fellowship.

In addition to litigating, Mr. Farah has advocated for policies to strengthen democracy and address income inequality. He founded and directed the nonprofit Open Debates to improve the presidential debate process, and he served as Treasurer and General Counsel of the Campaign for a Living Wage, which raised wages for low-income public employees. He currently serves on the board of The Modern Classrooms Project, which improves the education of low-income students, and on the board of the American Independent Business Alliance, which supports locally-owned businesses and the communities in which they operate.

Mr. Farah is the author of the book *No Debate: How the Republican and Democratic Parties Secretly Control the Presidential Debates* from Seven Stories Press. His articles on legal and electoral issues have appeared in *The Washington Post*, *The Boston Globe*, *The Philadelphia Inquirer*, *Antitrust Magazine*, *Extra! Magazine*, *The Denver Post* and other publications. PBS called Mr. Farah a "remarkable author" who exposed the "secretive process by which party handlers ensure there won't be a real discussion of the issues" at the presidential debates.

Mr. Farah has appeared on over 50 television programs and hundreds of radio programs to discuss legal and political matters, including "Nightline," "20/20," "NOW with Bill Moyers," "CBS Evening News," "NBC Nightly News," "CNN Lou Dobbs Tonight," "Lester Holt Live," "FOX and Friends," and "Countdown." He has also given several talks about the political process and electoral reform issues at colleges and universities.

He lives in New York City with his wife and two children.

**Notable Cases**

• *Jien et al v. Perdue Farms, Inc. et al* (D.MD): Mr. Farah currently serves as co-lead counsel in this antitrust class action, which alleges that the leading poultry processors in the United States conspired to fix and depress the compensation of processing plant workers.

• *Carlin v. Dairy America, Inc.* (E.D. Cal.): Mr. Farah served as lead counsel in this class action, which accused several dairy processors of misreporting data to the federal government—in violation of RICO—for the purpose of depressing compensation to dairy farmers. Lead counsel secured a $40 million settlement for the class.

• *In re: OSB Antitrust Litigation* (E.D. Pa.): Mr. Farah served as co-lead counsel in this antitrust action, which alleged that manufacturers of oriented standard board conspired to reduce supply and increase prices. Lead counsel secured a $120 million settlement for the class of purchasers.

• *In re Hydrogen Peroxide Antitrust Litigation* (E.D. Pa.): Mr. Farah served as co-lead counsel in this antitrust action, which alleged a price-fixing conspiracy by manufacturers of hydrogen peroxide. Lead counsel secured a $100 million settlement for the class of purchasers.

- *Allen v. Dairy Farmers of America, Inc.* (D. Vt.): Mr. Farah served as co-lead counsel in this antitrust class action, which accused Dairy Farmers of America and Dairy Marketing Services of conspiring to depress raw milk prices. Lead counsel secured a $80 million settlement for the class of dairy farmers.

- *In re: Nexium Antitrust Litigation* (D. Ma.): Mr. Farah served as co-lead counsel in this pay-for-delay lawsuit alleging that AstraZeneca PLC, the brand manufacturer of the drug Nexium, paid rival manufacturers to substantially delay the introduction of generic versions of the drug.

- *In re: Publication Paper Antitrust Litigation* (D. Ct.): Mr. Farah served as co-lead counsel in this antitrust class action, which alleged that the two largest manufacturers of publication paper had fixed prices. Plaintiffs certified a class and defeated summary judgment, and the case was settled on the eve of trial.

- *Moehrl v. National Association of Realtors, et al.* (N.D. Ill): Mr. Farah is currently counsel in this antitrust class action, which alleges that the National Association of Realtors and the four largest real estate brokerages conspired to inflate the commissions charged to sellers of homes.

- *Burrell et. al. v. Lackawanna County et. al* (M.D. Pa): Mr. Farah is currently counsel in this class action, which alleges that civilly detained debtors were forced to work at a private recycling center, in violation of RICO and minimum wage laws.

- *Provost v. First Gauranty Bank* (E.D. La): Mr. Farah serves as counsel in this lawsuit, which alleges that a bank made fraudulent misrepresentations to the United States Department of Agriculture, in violation of RICO, in order to reduce loan payments to an African-American sugarcane farmer.

- *Belle et al v. The City of New York* (S.D. NY): Mr. Farah currently serves as counsel in this class action, which alleges that the New York City Police Department engages in the unconstitutional practice of detaining people to conduct record searches when no reasonable suspicion exists to do so.

- *CREW, et al. v. Trump* (S.D.N.Y.): Mr. Farah serves as counsel in this lawsuit against President Trump for violating the Emoluments Clause of the Constitution by accepting payments from foreign and domestic governments.

# MATTHEW HANDLEY
## PARTNER

Washington, DC
mhandley@hfajustice.com
202-559-2411



**EDUCATION**
- University of Texas School of Law, J.D., *high honors*, 2002
- Princeton University, B.S.E., 1997

**CLERKSHIP**
- Judge William Wayne in U.S. District Court for Western District of Texas

**AWARDS**
- 2018 Finalist for Public Justice's Trial Lawyer of the Year
- 2009 Advocate of the Year – Human Rights Organization of Nepal

**ADMISSIONS**
- District of Columbia
- New York
- U.S. District Court for the District of Maryland
- U.S. District Court for the District of Columbia
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York
- U.S. Court of Appeals for the Second Circuit

**Matthew Handley** is a partner at Handley Farah & Anderson. For more than fifteen years, Mr. Handley has dedicated his legal career to securing justice for victims of corporate and government wrongdoing. He has successfully litigated individual and class action cases in courts around the country. The cases brought by Mr. Handley have returned millions of dollars to people injured and exploited by corporations and governments.

In the course of his legal career, Mr. Handley has principally pursued cases that have championed three categories of rights: worker rights, civil rights and investor rights.

As a lawyer for workers, Mr. Handley has pursued more than one hundred cases against corporations that have refused to pay lawful wages or required benefits to their employees. Domestically, he has represented workers across a range of industries—from construction to restaurant to janitorial services—who were systematically denied the minimum wage, overtime pay or lawful benefits. He has also represented workers in the United States who were victimized by conspiracies to fix and depress wages in violation of the federal antitrust laws and by conspiracies to detain workers in violation of RICO.

Additionally, Mr. Handley has represented workers around the world who have been exploited by corporations. This work has included representing foreign laborers who were trafficked, injured or killed while employed by U.S. contractors or subcontractors abroad. Mr. Handley's work on behalf of trafficked laborers is featured prominently in the 2018 book, *The Girl from Kathmandu, Twelve Dead Men and a Woman's Quest for Justice*, by award-winning journalist Cam Simpson. In *Adhikari v. Daoud & Partners*, the lawsuit chronicled in that book, the Southern District of Texas noted that the "herculean efforts of Plaintiffs' counsel have been in the highest traditions of the bar. No lawyer or group of lawyers could have done more or done better." Mr. Handley has appeared before the United Nations Human Rights Council arguing for stronger protections for the segment of the global workforce that is most vulnerable to trafficking abuses.

As a civil rights lawyer, Mr. Handley has pursued cases that have targeted various forms of discrimination, including employment discrimination, housing discrimination, disability discrimination and police misconduct. He has represented blind employees who were denied equal access to government services, educational facilities and technologies; tenants who were denied housing based on their race and lawful source of income; persons who were denied employment based on racially or sexually discriminatory policies and practices; and persons with disabilities who were denied access to restaurants and other places of public accommodation. These cases have recovered millions of dollars for the victims and changed the policies and practices that gave rise to the cases.

In pursuing these civil rights cases, Mr. Handley has often collaborated with and represented nonprofit organizations committed to exposing and eliminating unlawful discrimination. Mr. Handley has also been a frequent advocate before city councils and state legislatures for the expansion of civil rights protections in the workplace, testifying in support of stronger civil rights protections for the most vulnerable members of our communities.

Finally, as a securities lawyer, Mr. Handley has litigated national cases against publicly-traded corporations that defrauded thousands of investors with false and misleading statements. He has worked on multiple securities class actions that recovered hundreds of millions of dollars for investors, including pensions funds, mutual funds and individuals.

Prior to founding Handley Farah & Anderson, Mr. Handley was the Director of Litigation at the Washington Lawyers' Committee for Civil Rights and Urban Affairs, one of the nation's preeminent civil rights non-profit law firms, where he directed the Committee's active litigation docket. Prior to joining the Committee, Mr. Handley was a partner at the law firm of Cohen Milstein Sellers & Toll, one of the most respected firms in the country fighting against corporate abuses. Before joining Cohen Milstein Sellers & Toll, Mr. Handley was a litigation associate at the law firm of Covington & Burling.

Mr. Handley graduated from Princeton University in 1997 with a degree in civil engineering. He subsequently joined the Peace Corps as a volunteer in Nepal, where he served for two years as a rural construction engineer. When he returned to the United States, he earned his law degree at the University of Texas School of Law in 2002. After graduating from law school, he served as a law clerk for the Honorable William Wayne Justice, United States District Judge for the Western District of Texas.

Mr. Handley was a 2018 Finalist for Public Justice's Trial Lawyer of the Year. He was named Advocate of the Year by the Human Rights Organization of Nepal. He has been recognized by Super Lawyers magazine as a Rising Star.

He lives in Takoma Park, Maryland with his wife and two children.

**Notable Cases**

• *Jien et al v. Perdue Farms, Inc. et al* (D.MD): An antitrust class action alleging that the leading poultry processors in the United States conspired to fix and depress the compensation of processing plant workers in violation of the Sherman Act.

• *Burrell et. al. v. Lackawanna County et. al* (M.D. Pa): A pending collective and class action alleging that civilly-detained debtors were forced to work at a private recycling center, in violation of RICO and both federal and Pennsylvania minimum wage laws.

• *Stanley, et al. v. Barbri* (N.D. Tex.): A disability rights case that successfully compelled the country's leading bar exam preparation course to make its on-line course accessible to blind students.

• *Little, et al. v. Washington Metro Area Transit Authority* (D.D.C.): A class action on behalf of thousands of African American applicants for employment at Washington DC's mass transit system who were rejected because of a racially discriminatory criminal record screening policy. The case resulted in a policy change and a $6.5 million fund to compensate victims.

• *Equal Rights Center v. Archstone* (D. Md.) and *Equal Rights Center v. Equity Residential* (D. Md.)*:* Fair Housing Act cases litigated on behalf of a disability-rights organization alleging that housing developers failed to design and construct housing accessible to the disability community. The case resulted in thousands of apartment units across the country being made accessible.

• *Adhikari et al. v. Daoud*; *Lama v. Blue Marine Services*; *Dahal v. Supreme Food Services* (OALJ): Cases brought on behalf of foreign workers who were trafficked, injured or killed while working for U.S. contractors or subcontractors abroad, returning millions of dollars to victims and their families.

• *American Council of the Blind, et al. v. General Services Administration* (D.D.C)*:* A disability rights case that compelled the U.S. government agency in charge of accessibility to make its own website portal accessible to thousands of blind government contractors.

• *Ayala, et al. v. Tito Contractors* (D.D.C): A wage theft collective action returning over half a million dollars to construction workers denied lawful wages by their employer.

• *Provost v. First Guaranty Bank* (E.D.LA): A case alleging that a bank made fraudulent misrepresentations to the United States Department of Agriculture, in violation of RICO, in order to reduce loan payments to an African-American sugarcane farmer.

# WILLIAM ANDERSON
## PARTNER

Boulder, CO
wanderson@hfajustice.com
303-800-9109



**EDUCATION**

- American University, Washington College of Law, J.D., 2004
- The George Washington University, B.A., *cum laude*, 2001

**CLERKSHIP**

- Law clerk to Judge Rhonda Reid Winston of the District of Columbia Superior Court

**AWARDS**

- Selected as a District of Columbia "Rising Star" (2014-2018)

**ADMISSIONS**

- District of Columbia
- Colorado
- Pennsylvania
- U.S. District Court for the District of Columbia
- U.S Court of Appeals for the DC Circuit
- U.S. District Court for the District of Colorado

**William Anderson** is a partner at Handley Farah & Anderson. Mr. Anderson's practice primarily focuses on advancing the rights of consumers who have been harmed by companies as well as representing victims of antitrust violations by large corporations.

Since entering private practice 14 years ago, Mr. Anderson has successfully advocated for consumers in state and federal courts across the country. In so doing, Mr. Anderson has litigated consumer and antitrust class actions against some of the largest corporations in the world and achieved excellent results for his clients.

Mr. Anderson has litigated a broad range of consumer class actions. He has sued companies for selling defective products, including those that physically harm consumers; for making false statements in their advertisements about their products; and for failing to honor their warranties when their products have malfunctioned. In these and other cases, Mr. Anderson has halted deceptive and dangerous business practices and recovered hundreds of millions of dollars for consumers that were harmed by them.

For example, in *Lockabey, et al. v. American Honda Motor Co., Inc.*, Mr. Anderson recovered more than $50 million for thousands of consumers who purchased Honda Civic Hybrid vehicles, after Honda had made false statements about the vehicle's fuel efficiency and hybrid batteries. Similarly, in *Friedman, et al. v. Guthy-Renker LLC*, Mr. Anderson recovered $26.25 million for thousands of consumers who purchased a falsely advertised haircare product that caused widespread hair loss and scalp irritation.

Mr. Anderson has also litigated nationwide antitrust class actions. He is currently counsel in *Moehrl v. National Association of Realtors, et al.*, which alleges that the National Association of Realtors and the four largest real estate brokerages conspired to inflate the commissions charged to sellers of homes. He is also currently counsel in *Jien et al v. Perdue Farms, Inc. et al*, which alleges that the leading chicken processors conspired to depress the wages of chicken processing plant workers.

Before co-founding Handley Farah & Anderson, Mr. Anderson was a partner with the law firm Cuneo Gilbert & LaDuca, one of the premier consumer law firms in the country. At Cuneo Gilbert & LaDuca, Mr. Anderson acted as lead or co-lead counsel in numerous consumer class actions.

Mr. Anderson obtained his undergraduate degree, with honors, from The George Washington University in 2001, and he earned his law degree at America University, Washington College of Law in 2004. Immediately after graduating from law school, he worked as a law clerk to Judge Rhonda Reid Winston in the District of Columbia Superior Court, handling a felony 1 trial calendar of the most severe murder and sexual abuse cases.

Mr. Anderson was recognized as a Rising Star by Super Lawyers from 2014-2018. He has also lectured and written on class action litigation strategy and tactics.

Mr. Anderson lives in Boulder, Colorado with his wife and two children. Beyond the practice of law, Mr. Anderson is an avid skier and mountain biker. He is also active in his community, coaching children's sports and participating in the Boulder Rotary Club. He speaks Spanish, having lived in Spain and Chile.

**Notable Cases**

• *True v. American Honda Motor Co.* (C.D. Cal.): Mr. Anderson spearheaded this first-of-its-kind class action regarding fuel efficiency and battery issues in Honda Civic Hybrid vehicles. Anderson served as class counsel in the lawsuit, which, after several years of contentious litigation, produced a settlement with actual cash benefits realized of well over $50 million.

• *Friedman v. Guthy-Renker* (C.D. Cal.): Mr. Anderson served as co-lead counsel in this class action alleging hair loss and scalp irritation caused by haircare products. After years of contentious litigation, in 2017 the Court approved a $26.25 million cash settlement with no reversion, resulting in payments to class members of as much as $20,000 each.

• *Gornstein v. TimberTech* (D.C. Mass): Mr. Anderson served as co-lead counsel in this class action alleging a defect in certain decking manufactured by TimberTech. After protracted negotiations, a settlement providing free replacement decking and a $4.50 per square foot labor reimbursement was approved by the Court.

• *Alea v. Wilson Sporting Goods Co.* (N.D. Ill.): Mr. Anderson served as lead counsel in this class action alleging the sale of defective baseball bats. After years of contentious litigation, Mr. Anderson secured a settlement providing warranty extensions and offering free inspection and new replacement bats for thousands of consumers.

• *Precht v. Kia Motors America* (C.D. Cal.): Mr. Anderson served as co-lead counsel in this class action alleging the sale of vehicles with defective electronic brake systems. Co-lead counsel secured a settlement that resulted in a recall and repair of vehicles for thousands of consumers.

• *Hadley v. Subaru of America, Inc.* (D. N.J.): Mr. Anderson served as co-lead counsel in this class action alleging that certain Subaru vehicles contained defective safety latches. The litigation resulted in a worldwide recall, thus saving many lives.

• *In re Global Concepts Limited, Inc.* (S.D. Fla.): Mr. Anderson served as co-lead counsel in this class action concerning more than three million falsely advertised pest control devices. Along with co-counsel, he negotiated a nationwide settlement providing full refunds to class members with no cap on claims or risk of pro rata reduction.

• *Ardon v. City of Los Angeles* (L.A. Sup. Ct.): Mr. Anderson served as counsel in this case challenging the improper collection of telephone taxes by the City of Los Angeles. The settlement, which included the establishment of a settlement fund of $92,500,000, was approved by the Court.

• *Jien et al v. Perdue Farms, Inc. et al* (D. MD): Mr. Anderson is co-lead in a pending antitrust class action alleging that the leading poultry processors in the United States conspired to fix and depress the compensation of processing plant workers in violation of the Sherman Act.

• *Moehrl v. National Association of Realtors, et al.* (D. Ill): Mr. Anderson is counsel in a pending antitrust class action alleging that the National Association of Realtors and the four largest real estate brokerages conspired to inflate the commissions charged to sellers of homes.

• *Burrell et. al. v. Lackawanna County et. al* (M.D. Pa): Mr. Anderson is counsel in a pending collective and class action alleging that civilly detained debtors were forced to work at a private recycling center, in violation of RICO and both federal and Pennsylvania minimum wage laws.

# REBECCA CHANG
## ASSOCIATE

New York, NY
rchang@hfajustice.com



**EDUCATION**
- Harvard Law School, J.D., cum laude, 2016
- Yale University, B.A., cum laude, 2008

**AWARDS**
- Ford Foundation Fellowship
- Heyman Fellowship

**ADMISSIONS**
- New York
- District of Columbia
- U.S. District Court for the Northern District of New York

**Rebecca Chang** is an Associate Attorney at Handley Farah & Anderson, where she represents workers, consumers and vulnerable populations who have been harmed by corporate misconduct and government abuse.

Ms. Chang litigates class actions around the country involving antitrust violations, consumer fraud, and civil rights violations. She also litigates the individual claims of whistleblowers who disclose fraudulent activity.

As an antitrust lawyer, Ms. Chang is currently counsel in several major antitrust actions, including *Jien et al v. Perdue Farms, Inc. et al*, which alleges that poultry processors conspired to depress the compensation of processing plant workers, and *Moehrl v. National Association of Realtors, et al.*, which alleges that the National Association of Realtors and four largest real estate brokerages conspired to inflate commissions charged to sellers of homes.

As a lawyer for consumers, Ms. Chang is counsel in multiple nationwide class actions alleging that companies made material misrepresentations about their products, breached their warranties, and/or sold defective products. Those cases involve some of the most widely used consumer products in the country, including Ford-F150 trucks, Apple iPhones, Volkswagen vehicles, Samsung smartwatches, and Jeep vehicles.

Ms. Chang also has substantial experience representing whistleblowers under the False Claims Act and SEC's whistleblower program. She has litigated whistleblower claims involving Medicare fraud, private equity fraud, accounting schemes, misleading financial product sales, and violations of the Stark anti-kickback laws.

Ms. Chang obtained her undergraduate degree from Yale University and her law degree from Harvard Law School, where she was an editor-in-chief of the Harvard Civil Rights-Civil Liberties Law Review and a Dean's Scholar in Corporations, Property and Taxation. Ms. Chang was also an Honors Program Intern in the Office of General Counsel at the SEC in Washington, DC, and a Ford Foundation Public Interest Fellow at the National Consumer Law Center.

Prior to Harvard Law, Ms. Chang worked in Hong Kong, helping oversee a multi-million-dollar portfolio of philanthropic grants and social enterprise investments. She also worked as a program manager in an economic policy research group.

Ms. Chang is fluent in Mandarin Chinese, and admitted to the bar in New York and Washington, DC.

**Notable Cases**

- *Jien et al v. Perdue Farms, Inc. et al* (D.MD): Ms. Chang currently serves as co-lead counsel in this antitrust class action, which alleges that the leading poultry processors in the United States conspired to fix and depress the compensation of processing plant workers.

- *Moehrl v. National Association of Realtors, et al.* (N.D. Ill): Ms. Chang is currently counsel in this antitrust class action, which alleges that the National Association of Realtors and the four largest real estate brokerages conspired to inflate the commissions charged to sellers of homes.

- *Orshan v. Apple Inc.* (N.D. Ca): Ms. Chang is counsel in this consumer class action, which alleges that certain Apple devices, including iPads and iPhones with 16 GB of memory, possess materially less storage than promised.

- *Carter v. Ford Motor Company* (S.D. Fla): Ms. Chang is counsel in this consumer class action, which alleges that certain Ford F-150 vehicles suffer from a defect that warps the dashboard.

- *Clemmons et. al. v. Samsung Electronics America, Inc* (D. N.J.): Ms. Chang is counsel in this consumer class action, which alleges the Samsung Gear S Smartwatch does not live up to Samsung's assertions concerning battery life.

- *Dickinson v. Volkswagen Group of America, Inc.* (N.D. N.Y): Ms. Chang is counsel in this consumer class action, which alleges that certain Volkswagen vehicles suffer from a defect that causes them to abruptly stop.

- *Shuman v. SquareTrade* (N.D. Cal.): Ms. Chang is counsel in this consumer class action, which alleges that SquareTrade systematically failed to pay consumers their entitled reimbursements under their Protection Plans.

- *Flores v. FCA US, LLC* (E.D. Mich.): Ms. Chang is counsel in this consumer class action, which alleges that 2015-2017 Jeep Renegade and Ram ProMaster City vehicles were falsely advertised and possess defective cooling fans.

- *Wyse v. Gerard Roof Products, LLC* (N.D. Fla.): Ms. Chang is counsel in this consumer class action, which alleges that stone-coated metal roofing sold by Gerard Roof Products, LLC was falsely advertised and suffers from a significant defect.

- *Belle et al v. The City of New York* (S.D. NY): Ms. Chang currently serves as counsel in this class action, which alleges that the New York City Police Department engages in the unconstitutional practice of detaining people to conduct record searches when no reasonable suspicion exists to do so.

# RACHEL NADAS
## ASSOCIATE

Washington, D.C.
rnadas@hfajustice.com



**EDUCATION**

- American University Washington College of Law, J.D., magna cum laude, 2015
- Brandeis University, B.A., magna cum laude, 2009

**CLERKSHIP**

- Judge Frank Montalvo in U.S. District Court for Western District of Texas

**PUBLICATIONS**

- "Damaged Bodies, Damaged Lives: Immigrant Worker Injuries as Dignity Takings," 92 CHICAGO-KENT L. REV. 1155 (2017) (with Jayesh Rathod)
- "Justice for Workplace Crimes: An Immigration Law Remedy," 19 HARV. LATINO L. REV 137 (2016)

**ADMISSIONS**

- Virginia

**Rachel Nadas** is an Associate Attorney at Handley Farah & Anderson, where she represents a variety of clients harmed by corporate misconduct and government abuse. She litigates both individual and class action cases involving wage theft, exploited foreign labor, antitrust violations, consumer fraud, housing discrimination, employment discrimination and other civil rights violations.

Prior to joining HFA, Ms. Nadas was a Staff Attorney in the Economic Justice and Immigrant Advocacy programs at the Legal Aid Justice Center in Virginia. While at the Legal Aid Justice Center, Ms. Nadas developed and litigated claims involving violations of the Fair Debt Collection Practices Act and the civil rights of immigrants. She also represented low-income individuals sued by debt buyers, medical providers, and banks as well as immigrants in bond and removal proceedings. Prior to joining Legal Aid Justice Center Ms. Nadas clerked for the Honorable Frank Montalvo in the United States District Court for the Western District of Texas.

Ms. Nadas has had a longstanding commitment to worker and immigrant rights. Prior to law school, she worked at the D.C. Employment Justice Center and the Legal Aid Society of D.C. During law school, she interned for the Southern Poverty Law Center's Immigrant Justice Project and the East Bay Community Law Center.

Ms. Nadas is the author of *Damaged Bodies, Damaged Lives: Immigrant Worker Injuries as Dignity Takings*, 92 Chicago-Kent L. Rev. 1155 (2017) (with Jayesh Rathod) and *Justice for Workplace Crimes: An Immigration Law Remedy*, 19 Harv. Latino L. Rev 137 (2016).

Ms. Nadas received her B.A., magna cum laude, from Brandeis University. She attended law school at American University Washington College of Law, where she was a Public Interest/Public Service Scholar and graduated Order of the Coif, magna cum laude. Upon graduation from law school, Ms. Nadas was awarded the Dean's Award for Professional Responsibility for her clinical work and the Washington College of Law Alumni Award for her contributions to student activities and the progress of the law school.

Ms. Nadas lives in Washington, D.C. Outside of work she enjoys long distance running, visiting national parks, and baking. Ms. Nadas speaks Spanish.

Ms. Nadas is admitted to practice only in Virginia. She is not yet admitted in the District of Columbia and is practicing under the supervision of a member of the D.C. Bar.

**Notable Cases**

• *Burrell et. al. v. Lackawanna County et. al* (M.D. Pa): A pending collective and class action alleging that civilly-detained debtors were forced to work at a private recycling center, in violation of RICO and both federal and Pennsylvania minimum wage laws.

• *Jien et al v. Perdue Farms, Inc. et al* (D.MD): An antitrust class action alleging that the leading poultry processors in the United States conspired to fix and depress the compensation of processing plant workers in violation of the Sherman Act.

• *Martin v. Apartment Investment Management Corporation et. al* (D.C. Super. Ct.): A class action alleging unlawful source of income discrimination against Section 8 voucher holders.

• *Opiotennione v. Facebook* (N.D. Cal): A class action alleging that Facebook unlawfully discriminated against women and older people in disseminating advertising for financial services products.

• *Housing Rights Initiative et. al. v. Bozutto et. al.* (D.M.D): A class action alleging that several property management companies unlawfully discriminated against older people in their advertisements to prospective tenants on Facebook.

• *Provost v. First Guaranty Bank* (E.D.LA): A case alleging that a bank made fraudulent misrepresentations to the United States Department of Agriculture, in violation of RICO, in order to reduce loan payments to an African-American sugarcane farmer.