# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY ALBERT, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>GLOBAL TEL*LINK CORP., et al.,<br><br>                              Defendants. | C.A. No. 8:20-cv-01936<br><br>**DECLARATION OF BRENT W. JOHNSON IN SUPPORT OF UNOPPOSED MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL** |

I, BRENT W. JOHNSON, hereby declare as follows:

1. I am a partner in the law firm of Cohen Milstein Sellers & Toll PLLC and one of the attorneys of record for the plaintiffs in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called as a witness, would testify competently thereto.

2. I make this declaration in support of the plaintiffs' unopposed motion for appointment of interim co-lead class counsel.

3. A copy of the firm resume of Cohen Milstein Sellers & Toll PLLC is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of August 2020, at Washington, DC.

*/s/ Brent W. Johnson*
Brent W. Johnson

Attorney for Plaintiffs