**CHAMBERS OF**
**PAUL W. GRIMM**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**(301) 344-0670**
**(301) 344-3910 FAX**

September 29, 2020

RE: Albert et al v. Global Tel*Link Corp. et al
PWG 20-cv-1936

**LETTER ORDER**

Dear Parties:

     Please be advised the Court has scheduled a telephone conference call on **October 6, 2020 at 4:30 p.m.** Parties are directed to dial in on the designated date and time. The dial in information is as follows:

**Dial-In Number: (877) 848-7030**
**Access Code: 9549728**
**Participant Password: 100620**

     Although informal, this is an Order of the Court and shall be docketed as such.

     Sincerely,

     /S/

     Paul W. Grimm
     United States District Judge

ast