# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Ashley Albert, et al.
**Plaintiff,**

v.

Global Tel*Link Corp., et al.
**Defendant.**

Case No. 8:20-cv-01936-PWG

## MOTION FOR ADMISSION PRO HAC VICE

I, __Matthew K. Handley__, am a member in good standing of the bar of this Court. I am moving the admission of __Benjamin D. Brown__ to appear pro hac vice in this case as counsel for __Plaintiffs - Ashley Albert, et al.__.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| See Attached | |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court __1__ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Matthew K. Handley | /s/ Benjamin D. Brown |
|  | (signed by Matthew K Handley with permission of Benjamin D. Brown) |
| Signature | Signature |
| Matthew K. Handley (Bar # 18636) | Benjamin D. Brown |
| Printed name and bar number | Printed name |
| Handley Farah & Anderson PLLC | Cohen Milstein Sellers & Toll PLLC |
| Office name | Office name |
| 777 6th Street NW, Eleventh Floor, Washington, DC 20001 | 1100 New York Ave, NW, Ste. 500, Washington, DC 20005 |
| Address | Address |
| (202) 559-2433 | (202) 408-4600 |
| Telephone number | Telephone number |
| (844) 300-1952 | (202) 408-4699 |
| Fax Number | Fax Number |
| mhandley@hfajustice.com | bbrown@cohenmilstein.com |
| Email Address | Email Address |

# Attachment to Motion for Admission Pro Hac Vice for Benjamin D. Brown

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

<u>State Court & Date of Admission:</u>

D.C. State Bar  1/9/2006

California State Bar  9/9/1999

<u>U.S. Court & Date of Admission:</u>

U.S. Supreme Court  11/2/2009

U.S.C.A. for the Second Circuit  7/18/2016

U.S.C.A. for the Third Circuit  3/25/2009

U.S.C.A. for the Fourth Circuit  12/22/2004

U.S.C.A. for the Ninth Circuit  3/12/2010

U.S.C.A. for the D.C. Circuit  7/31/2019

U.S.D.C. for the Western District of Wisconsin  6/1/2009

U.S.D.C. for the Northern District of Illinois  7/1/2009

U.S.D.C. for D.C.  8/7/2006

U.S.D.C. for the Central District of California  4/6/2006

U.S.D.C. for the Northern District of California  8/9/2006

U.S.D.C. for the Eastern District of California  3/6/2009

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 1 time:

Active Case - *Jien v. Perdue Farms, Inc.* (admitted pro hac vice 9/18/2019)