UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| ASHLEY ALBERT, et al. <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL TEL*LINK CORP., et al. <br><br> Defendants. | Case No. 8:20-CV-1936-PWG |

**STIPULATED MOTION
TO SET BRIEFING SCHEDULE**

COME NOW Plaintiffs Ashley Albert, Ashley Baxter, Karina Jakeway, and Melinda Jabbie ("Plaintiffs"), together with Defendants Global Tel*Link Corp. ("GTL"), Securus Technologies, LLC ("Securus"), and 3CInteractive Corp. ("3CI") (collectively, "Defendants"), by undersigned counsel, upon this Court's Letter Order dated July 27, 2020 (ECF No. 31), the conference conducted October 6, 2020, and pursuant to Local Rules 105.2 and 105.9, to

HEREBY STIPULATE and JOINTLY MOVE for an order adopting the following schedule and other parameters for answering or otherwise responding to the complaint in this action, and for briefing any motions filed pursuant to Federal Rule of Civil Procedure 12.

\* \* \*

1. <u>Amendment of pleadings</u>

Plaintiffs have opted to not amend their complaint prior to the filing of Defendants' motion(s) to dismiss. Plaintiffs advise without stipulation that they otherwise reserve all rights under Federal Rule of Civil Procedure 15.

2. Schedule and page limits for Rule 12 motions

| Event | Filed by | Page limit |
|---|---|---|
| All Defendants' responses to complaint | October 30, 2020 | 50 pgs. combined |
| Plaintiffs' opposition(s) to Rule 12 motions | December 18, 2020 | 50 pgs. combined |
| Defendants' replies | January 22, 2021 | 30 pgs. combined |

As to all briefs, any exhibits shall be highlighted to indicate the most relevant material. Each party shall endeavor to present its arguments as efficiently as practicable within the limits set forth above.

Dated: October 13, 2020                                    Respectfully submitted,

BY COUNSEL FOR ALL PARTIES, by express written consent:

  /s/ Matthew K. Handley                  /s/ Jason R. Scherr
**HANDLEY FARAH & ANDERSON PLLC**  **MORGAN LEWIS & BOCKIUS, LLP**
Matthew K. Handley, Bar No. 18636     Jason R. Scherr, Bar No. 25633
Rachel E. Nadas*                                1111 Pennsylvania Avenue, NW
777 6th Street, NW, Eleventh Floor      Washington, DC 20004
Washington, DC 20001                  T: 202.739.6000
T: 202.559.2433                               F: 202.373.6001
F: 844-300-1952                             jr.scherr@morganlewis.com
mhandley@hfajustice.com
rnadas@hfajustice.com                   Elizabeth Herrington*
                                           77 W. Wacker Drive
George F. Farah                             Chicago, IL 60601
Rebecca P. Chang                        T: 312.324.1000
81 Prospect Street                         F: 312.324.1001
Brooklyn, NY 11201                   beth.herrington@morganlewis.com
T: 212.477.8090
F: 844-300-1952                           R. Brendan Fee*
gfarah@hfajustice.com                 1701 Market Street
rchang@hfajustice.com                 Philadelphia, PA 19103
                                           T: 215.963.5000
William A. Anderson                  F: 215.963.5001
4730 Table Mesa Drive              brendan.fee@morganlewis.com
Suite G-200
Boulder, CO 80305                    **COUNSEL FOR DEFENDANT**
T: 202.559.2433                         **SECURUS TECHNOLOGIES, LLC**
F: 844-300-1952
wanderson@hfajustice.com           *    *    *

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Benjamin D. Brown
Brent W. Johnson
Robert A. Braun
1100 New York Ave., Suite 500
Washington, DC 20005
T: 202.408.4600
F: 202-408-4699
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
rbraun@cohenmilstein.com

Christopher J. Bateman
88 Pine Street, 14th Floor
New York, NY 10005
T: 212.838.7797
F: 212-838-7745
cbateman@cohenmilstein.com

**JUSTICE CATALYST LAW, INC.**
Benjamin D. Elga*
Kelly Jo Popkin*
81 Prospect Street
Brooklyn, NY 11201
T: 518.732.6703
belga@justicecatalyst.org
kpopkin@justicecatalyst.org

Brian J. Shearer*
Craig L. Briskin*
718 7th St. NW
Washington, DC 20001
T: 518.732.6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

**HUMAN RIGHTS DEFENSE CENTER**
Daniel Marshall*
P.O. Box 1151
Lake Worth, FL 33460
T: 561.360.2523
F: 561-828-8166
dmarshall@hrdc-law.org

**ARNOLD & PORTER KAYE SCHOLER LLP**
Jonathan I. Gleklen, Bar No. 21350
601 Massachusetts Ave., NW
Washington, DC 20001
T: 202.942.5000
F: 202.942.5999
jonathan.gleklen@arnoldporter.com

C. Scott Lent*
250 West 55th Street
New York, NY 10019-9710
T: 212.836.8000
F: 212.836.8689
scott.lent@arnoldporter.com

**COUNSEL FOR DEFENDANT GLOBAL TEL*LINK CORP.**

\*   \*   \*

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Jay B. Shapiro*
150 West Flagler Street, Suite 2200
Miami, FL 33130
T: 305.789.3229
F: 305.789.2664
jshapiro@stearnsweaver.com

**WILLIAMS & CONNOLLY LLP**
Jonathan B. Pitt, Bar No. 16086
Colette T. Connor*
725 Twelfth Street, NW
Washington, DC 20005
T: 202.434.5000
F: 202.434.5029
jpitt@wc.com
cconnor@wc.com

**COUNSEL FOR DEFENDANT 3CINTERACTIVE CORP.**

**WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS**
Hannah E.M. Lieberman, Bar No. 05456
700 14th St. NW, Ste 400
Washington, DC 20005
T: 202.319.1040
F: 202.319.1010
Hannah_Lieberman@washlaw.org

**COUNSEL FOR PLAINTIFFS**               * admitted *pro hac vice*

*   *   *

**SO ORDERED** this  14th  day of  October , 2020.

BY THE COURT:

                                               /s/
                                   Hon. Paul W. Grimm, U.S.D.J.