UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY ALBERT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL TEL*LINK CORP., et al., <br><br> Defendants. | Civil Action No. 8:20-CV-1936 <br><br> **MOTION TO DISMISS** |

COME NOW Defendants Global Tel*Link Corp. ("GTL"), Securus Technologies, LLC ("Securus"), and 3CInteractive Corp. ("3Ci") (collectively, "Defendants"), through counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move this Court to dismiss Plaintiffs' Complaint. For the reasons set forth in the Memorandum in Support of Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) filed contemporaneously herewith, the pleadings in this matter reveal that Plaintiffs' have failed to plausibly state viable claims against Defendants.

WHEREFORE, Defendants pray that Plaintiffs' Complaint be dismissed with prejudice.

[signatures on following page]

1

Dated: October 30, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ Jason R. Scherr | /s/ Jonathan I. Gleklen |
| Jason R. Scherr, Bar No. 25633 | Jonathan I. Gleklen, Bar No. 21350 |
| MORGAN LEWIS & BOCKIUS, LLP | Katherine Clemons* |
| 1111 Pennsylvania Avenue, NW | Monique Boyce* |
| Washington, DC 20004 | ARNOLD AND PORTER KAYE SCHOLER LLP |
| T: 202.739.6000 | 601 Massachusetts Ave., NW |
| F: 202.373.6001 | Washington, D.C. 20001-3743 |
| jr.scherr@morganlewis.com | T: (202) 942-5000 |
| | F: (202) 942-5999 |
| Elizabeth Herrington* | jonathan.gleken@arnoldporter.com |
| MORGAN LEWIS & BOCKIUS, LLP | katherine.clemmons@arnoldporter.com |
| 77 W. Wacker Drive | monique.boyce@arnoldporter.com |
| Chicago, IL 60601 | (Signed by Jason R. Scherr with permission) |
| T: 312.324.1000 | |
| F: 312.324.1001 | Charles Scott Lent* |
| beth.herrington@morganlewis.com | Javier Ortega* |
| | ARNOLD AND PORTER KAYE SCHOLER LLP |
| R. Brendan Fee* | 250 West 55th Street |
| MORGAN LEWIS & BOCKIUS, LLP | New York, NY 10019-9710 |
| 1701 Market Street | T: (212) 836-8000 |
| Philadelphia, PA 19103 | F: (212) 836-8689 |
| T: 215.963.5000 | scott.lent@arnoldporter.com |
| F: 215.963.5001 | javier.ortega@arnoldporter.com |
| brendan.fee@morganlewis.com | |
| | COUNSEL FOR DEFENDANT GLOBAL TEL*LINK CORP. |
| COUNSEL FOR DEFENDANT SECURUS TECHNOLOGIES, LLC | |

/s/ Jonathan Pitt
WILLIAMS & CONNOLLY LLP
Jonathan B. Pitt, Bar No. 16086
Colette T. Connor*
725 Twelfth Street, NW
Washington, DC 20005
T: 202.434.5000
F: 202.434.5029
jpitt@wc.com
cconnor@wc.com
(Signed by Jason R. Scherr with permission)

STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
Jay B. Shapiro*
150 West Flagler Street, Suite 2200
Miami, FL 33130
T: 305.789.3229
F: 305.789.2664
jshapiro@stearnsweaver.com

COUNSEL FOR DEFENDANT 3CINTERACTIVE CORP.

* admitted *pro hac vice*