**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ASHLEY ALBERT, et al.,
_____
　　**Plaintiff,**
_____
　　**v.**

GLOBAL TEL*LINK CORP., et al.
_____
　　**Defendant.**

\*

\*

\*

\*

\*

Case No. __8:20-CV-1936__

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☒　Exhibit __A__　which is an attachment to the Memorandum in Support of the Motion

Dismiss filed by Securus Technologies, LLC, Global Tel*Link Corp., and 3Cinteractive Corp.

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐　_____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

　　I certify that at the same time I am filing this Notice, I will serve copies of the document

identified above by _email to counsel only; counsel has agreed to maintain Ex. A as "attorneys' eyes only" until entry of a Protective Order._

__October 30, 2020__

Date

/s/ Jason R. Scherr
_____

Signature

## Jason R. Scherr (25633)

Printed Name and Bar Number

1111 Pennsylvania Ave. NW, Washington, DC 20005
_____

Address

## jr.scherr@morganlewis.com

Email Address

## (202) 739-6000

Telephone Number

## (202) 739-6001

Fax Number