# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

ASHLEY ALBERT, et al.,

          Plaintiffs,

v.

GLOBAL TEL*LINK CORP., et al.,

          Defendants.

Civil Action No. 8:20-CV-1936

## [PROPOSED] ORDER

Upon consideration of the Joint Motion to Dismiss filed by Defendants Global Tel*Link Corp., Securus Technologies, LLC, and 3CInteractive Corp., and any opposing and supporting papers thereto, it is this ____ day of _____, 2020, by the United States District Court for the District of Maryland, **ORDERED** that Defendants' Joint Motion to Dismiss is **GRANTED**; and it is further, **ORDERED** that Plaintiffs' Complaint be and hereby is **DISMISSED WITH PREJUDICE**.

     **SO ORDERED**.

                                                     Hon. Paul W. Grimm
                                                   U.S. District Judge