UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ASHLEY ALBERT, et al.,

                Plaintiffs,

v.

GLOBAL TEL*LINK CORP., et al.,

                Defendants.

Civil Action No. 8:20-CV-1936

## MOTION TO SEAL LICENSE AGREEMENT

Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule 105.11,[1] Defendants Securus Technologies, LLC, Global Tel*Link Corp., and 3Cinteractive Corp., through counsel, jointly move to file a confidential exhibit to their Memorandum in Support of their Motion to Dismiss under seal—the License Agreement by and between Securus Technologies, LLC and 3Cinteractive Corp., attached as Exhibit A to their Memorandum. The License Agreement contains information that is proprietary and highly confidential, and specifically contains sensitive information that the contracting parties would not share with a competitor.

A standard-form confidentiality order has not yet been entered, but all parties have agreed to negotiate and submit for the Court's approval a form of two-tier stipulated protective order governing the designation of confidential and highly confidential documents. Defendants anticipate that the License Agreement would be designated "highly confidential" under such an order, and all parties are conditionally honoring that designation. On October 29, 2020, counsel

---

[1] With respect to this Court's Letter Order Regarding the Filing of Motions, ECF No. 3 ("Letter Order"), Defendants submit that this Motion to Seal License Agreement is neither a substantive motion nor a discovery motion, and thus may be filed pursuant this Court's local rules without first serving and filing a pre-motion letter as provided in the Letter Order.

for Plaintiffs indicated that they take no position with respect to the relief requested herein, and reserve all rights.

WHEREFORE, for the foregoing reasons, and for good cause shown, Defendants request that the Court grant their motion to file under seal the above-referenced exhibit to their Motion to Dismiss, accept the License Agreement under seal, and any other and further relief as deemed just and proper.

Dated: October 30, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ Jason R. Scherr | /s/ Jonathan I. Gleklen |
| Jason R. Scherr, Bar No. 25633 | Jonathan I. Gleklen, Bar No. 21350 |
| MORGAN LEWIS & BOCKIUS, LLP | Katherine Clemons* |
| 1111 Pennsylvania Avenue, NW | Monique Boyce* |
| Washington, DC 20004 | ARNOLD AND PORTER KAYE SCHOLER LLP |
| T: 202.739.6000 | 601 Massachusetts Ave., NW |
| F: 202.373.6001 | Washington, D.C. 20001-3743 |
| jr.scherr@morganlewis.com | T: (202) 942-5000 |
| | F: (202) 942-5999 |
| Elizabeth Herrington* | jonathan.gleken@arnoldporter.com |
| MORGAN LEWIS & BOCKIUS, LLP | katherine.clemmons@arnoldporter.com |
| 77 W. Wacker Drive | monique.boyce@arnoldporter.com |
| Chicago, IL 60601 | (Signed by Jason R. Scherr with permission) |
| T: 312.324.1000 | |
| F: 312.324.1001 | |
| beth.herrington@morganlewis.com | Charles Scott Lent* |
| | Javier Ortega* |
| R. Brendan Fee* | ARNOLD AND PORTER KAYE SCHOLER LLP |
| MORGAN LEWIS & BOCKIUS, LLP | 250 West 55th Street |
| 1701 Market Street | New York, NY 10019-9710 |
| Philadelphia, PA 19103 | T: (212) 836-8000 |
| T: 215.963.5000 | F: (212) 836-8689 |
| F: 215.963.5001 | scott.lent@arnoldporter.com |
| brendan.fee@morganlewis.com | javier.ortega@arnoldporter.com |
| | |
| COUNSEL FOR DEFENDANT SECURUS TECHNOLOGIES, LLC | COUNSEL FOR DEFENDANT GLOBAL TEL*LINK CORP. |
| - AND - | - AND - |

/s/ Jonathan Pitt
WILLIAMS & CONNOLLY LLP
Jonathan B. Pitt, Bar No. 16086
Colette T. Connor*
725 Twelfth Street, NW
Washington, DC 20005
T: 202.434.5000
F: 202.434.5029
jpitt@wc.com
cconnor@wc.com
(Signed by Jason R. Scherr with permission)

STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
Jay B. Shapiro*
150 West Flagler Street, Suite 2200
Miami, FL 33130
T: 305.789.3229
F: 305.789.2664
jshapiro@stearnsweaver.com

COUNSEL FOR DEFENDANT
3CINTERACTIVE CORP.

* admitted *pro hac vice*