UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ASHLEY ALBERT, et al.,

                Plaintiffs,

v.

GLOBAL TEL*LINK CORP., et al.,

                Defendants.

Civil Action No. 8:20-CV-1936

## [PROPOSED] ORDER

UPON CONSIDERATION of the Motion to Seal License Agreement by Defendants Global Tel*Link Corp., Securus Technologies, LLC, and 3CInteractive Corp, it is on this _____ day of _____, 2020:

**ORDERED** that the aforementioned Motion be, and hereby is, **GRANTED**; and it is further **ORDERED** that the Clerk shall keep and maintain the License Agreement under seal.

**SO ORDERED**.

                                            Hon. Paul W. Grimm
                                            U.S. District Judge