# UNITED STATES DISTRICT COURT

# DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY ALBERT, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>GLOBAL TEL*LINK CORP., et al.,<br><br>　　　　　　　Defendants. | Civil Action No.  8:20-CV-01936-PWG |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 101(2)(b), it is hereby requested that the appearance of Brian J. Shearer of Justice Catalyst Law be withdrawn as counsel for Plaintiffs Ashley Albert, Ashley Baxter, Karina Jakeway, and Melinda Jabbie ("Plaintiffs") in this matter. Plaintiffs will continue to be represented by Alice R. Buttrick, Craig L. Briskin, and Benjamin D. Elga of the same firm.

January 25, 2021

　　　　　　　　　　　　　　　　　　　　By:  /s/ Alice Buttrick
　　　　　　　　　　　　　　　　　　　　Alice Buttrick
　　　　　　　　　　　　　　　　　　　　JUSTICE CATALYST LAW
　　　　　　　　　　　　　　　　　　　　81 Prospect Street, 7th Floor
　　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11201
　　　　　　　　　　　　　　　　　　　　Tel: 518-732-6703
　　　　　　　　　　　　　　　　　　　　Fax: 518-909-1094
　　　　　　　　　　　　　　　　　　　　abuttrick@justicecatalyst.org