UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY ALBERT, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>GLOBAL TEL*LINK CORP., et al.,<br><br>    Defendants. | C.A. No. 8:20-CV-1936<br><br>Hon. Paul W. Grimm |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that pursuant to Rule 102.1(b) of the Local Rules of Civil Procedure, George F. Farah, Counsel for Plaintiffs, hereby requests to change his contact information as counsel of record as follows and respectfully requests service upon him of all future pleadings, papers, correspondence, and electronic filings in this action at:

 George F. Farah
 Handley Farah & Anderson PLLC
 33 Irving Place
 New York, NY 10003
 Telephone: 212-477-8090
 Fax: 844-300-1952
 gfarah@hfajustice.com

Dated: March 22, 2021

            Respectfully submitted,

            /s/ George F. Farah_____
            George F. Farah
            Handley Farah & Anderson PLLC
            33 Irving Place
            New York, NY 10003
            Telephone: 212-477-8090
            Fax: 844-300-1952
            gfarah@hfajustice.com