UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY ALBERT, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>GLOBAL TEL*LINK CORP., et al.,<br><br>    Defendants. | C.A. No. 8:20-CV-1936<br><br>Hon. Paul W. Grimm |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that pursuant to Rule 102.1(b) of the Local Rules of Civil Procedure, Rebecca P. Chang, Counsel for Plaintiffs, hereby requests to change her contact information as counsel of record as follows and respectfully requests service upon her of all future pleadings, papers, correspondence, and electronic filings in this action at:

 Rebecca P. Chang
 Handley Farah & Anderson PLLC
 33 Irving Place
 New York, NY 10003
 Telephone: 347-480-1030
 Fax: 844-300-1952
 rchang@hfajustice.com

Dated: March 22, 2021

            Respectfully submitted,

            /s/ Rebecca P. Chang_____
            Rebecca P. Chang
            Handley Farah & Anderson PLLC
            33 Irving Place
            New York, NY 10003
            Telephone: 347-480-1030
            Fax: 844-300-1952
            rchang@hfajustice.com