UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY ALBERT, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>GLOBAL TEL*LINK CORP., et al.,<br><br>    Defendants. | C.A. No. 8:20-CV-1936<br><br>Hon. Paul W. Grimm |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that pursuant to Rule 102.1(b) of the Local Rules of Civil Procedure, Craig L. Briskin, Counsel for Plaintiffs, hereby requests to change his contact information as counsel of record as follows and respectfully requests service upon him of all future pleadings, papers, correspondence, and electronic filings in this action at:

 Craig L. Briskin
 Justice Catalyst Law
 123 William Street, 16th Floor
 New York, NY 10038
 Telephone: 518-732-6703
 Fax: 518-909-1094
 cbriskin@justicecatalyst.org

Dated: May 11, 2021

            Respectfully submitted,

            /s/ Craig L. Briskin
            Craig L. Briskin
            Justice Catalyst Law
            123 William Street, 16th Floor
            New York, NY 10038
            Telephone: 518-732-6703
            Fax: 518-909-1094
            cbriskin@justicecatalyst.org