

Handley Farah & Anderson PLLC

**May 27, 2021**

*Via ECF*

Hon. Paul W. Grimm
U.S. District Court, District of Maryland
6500 Cherrywood Lane, Suite 465A
Greenbelt, Maryland 20770

    Re:  *Albert et al. v. Global Tel*Link Corp. et al.*, 8:20-cv-01936-PWG (D. Md.)

Dear Judge Grimm:

    In accordance with the Court's June 29, 2020 Letter Order (ECF No. 3), Plaintiffs, Ashley Albert, Ashley Baxter, Karina Jakeway, and Melinda Jabbie, and Defendants Global Tel*Link Corp., Securus Technologies, LLC, and 3Cinteractive Corp. jointly request permission to submit a proposed stipulated protective order pursuant to Fed. R. Civ. P. 26(c), Fed. R. Evid. 502(d) and (e), and L.R. 104(13) and (14).

                                            Sincerely,

| | |
|---|---|
| /s/ Matthew K. Handley | /s/ Jonathan I. Gleklen |
| Matthew K. Handley (D. Md. Bar # 18636) | ARNOLD & PORTER |
| HANDLEY FARAH & ANDERSON PLLC | KAYE SCHOLER LLP |
| 200 Massachusetts Avenue, NW | Jonathan I. Gleklen, Bar No. 21350 |
| Seventh Floor | 601 Massachusetts Ave., NW |
| Washington, DC 20001 | Washington, DC 20001 |
| Telephone: (202) 559-2433 | T: 202.942.5454 |
| mhandley@hfajustice.com | F: 202.942.5999 |
| | jonathan.gleklen@arnoldporter.com |
| | |
| | *Counsel for Defendant Global Tel*Link Corp.* |

May 27, 2021
Page 2

/s/ Benjamin D. Brown
Benjamin D. Brown (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., NW
Suite 500
Washington DC, 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
bbrown@cohenmilstein.com

*Co-Lead Counsel for Plaintiffs*

/s/ Jason R. Scherr
MORGAN LEWIS & BOCKIUS, LLP
Jason R. Scherr, Bar No. 25633
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: 202.739.6000
F: 202.373.6001
jr.scherr@morganlewis.com

*Counsel for Defendant Securus Technologies, LLC*

/s/ Jonathan Pitt
WILLIAMS & CONNOLLY LLP
Jonathan Pitt, Bar No. 16086
725 Twelfth Street, NW
Washington, DC 20005
T: 202.434.5000
F: 202.434.5029
jpitt@wc.com

*Counsel for Defendant 3Cinteractive Corp.*