# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY ALBERT, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> GLOBAL TEL *LINK CORP., *et al*, <br><br>   Defendants. | Civil Action No. 8:20-CV-1936 |

## DEFENDANT SECURUS TECHNOLOGIES, LLC'S
## LOCAL RULE 103.3 DISCLOSURE

Defendant Securus Technologies, LLC (f/k/a Securus Technologies, Inc.) states, pursuant to Local Rule 103.3, that it is wholly owned by SCRS Holding Corporation ("SCRS") whose principal investor is Platinum Equity Capital Partners IV, L.P. ("Platinum"). Neither SCRS nor Platinum has stock that is publicly traded. No entity having publicly traded stock owns 10% or more of either entity, and there is no other associated non-party business entity with a financial interest in the case.

| | |
|---|---|
| | Respectfully submitted, |
| | /s/ *Jason R. Scherr* |
| Dated: November 2, 2021 | Jason R. Scherr, Bar No. 25633 <br> MORGAN LEWIS & BOCKIUS, LLP <br> 1111 Pennsylvania Avenue, NW <br> Washington, DC 20004 <br> T: 202.739.6000 <br> F: 202.373.6001 <br> jr.scherr@morganlewis.com |
| | Elizabeth Herrington* <br> MORGAN LEWIS & BOCKIUS, LLP <br> 77 W. Wacker Drive <br> Chicago, IL 60601 <br> T: 312.324.1000 |

F: 312.324.1001
beth.herrington@morganlewis.com

R. Brendan Fee*
MORGAN LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103
T: 215.963.5000
F: 215.963.5001
brendan.fee@morganlewis.com

COUNSEL FOR DEFENDANT SECURUS TECHNOLOGIES, LLC

* admitted *pro hac vice*