UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ASHLEY ALBERT, et al.,

        Plaintiffs,

CIVIL ACTION NO. 8:20-CV-1936

v.

GLOBAL TEL*LINK CORP., et al.,

        Defendants.

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

Pursuant to Local Rule 105.9, Defendants Securus Technologies, LLC, Global Tel*Link Corp., and 3Cinteractive Corp., and Plaintiffs Ashley Albert, Ashley Baxter, Karina Jakeway, and Melinda Jabbie, through counsel, respectfully move this Court to enlarge the briefing schedule as below related to Plaintiffs' Motion to Amend Or For Partial Final Judgment Or Interlocutory Appeal (ECF No. 103), to account for existing deadlines, scheduling conflicts, and the Thanksgiving holiday. Pursuant to Local Rule 105.1, a proposed order accompanies this motion.

| Event | Existing Deadline | Proposed Deadline |
|---|---|---|
| All Defendants' Responses to Plaintiffs' Motion to Amend or Partial Final Judgment or Interlocutory Appeal | November 12, 2021 | November 22, 2021 |
| Plaintiffs' Reply to Their Motion to Amend or Partial Final Judgment or Interlocutory Appeal | November 26, 2021 | December 16, 2021 |

[signatures on following page]

1

Dated: November 4, 2021

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Matthew K. Handley* | */s/ Jason R. Scherr* |

HANDLEY FARAH & ANDERSON PLLC
Matthew K. Handley (Bar No. 18636)
Rachel E. Nadas*
Stephen Pearson*
200 Massachusetts Ave. NW
Seventh Floor
Washington, DC 20001
T: 202.559.2433
mhandley@hfajustice.com
rnadas@hfajustice.com

(Signed by Jason R. Scherr with permission)

George F. Farah*
Rebecca P. Chang*
33 Irving Place
New York, NY 10003
T: 212.477.8090
gfarah@hfajustice.com
rchang@hfajustice.com

William H. Anderson
4730 Table Mesa Drive, Suite G-200
Boulder, CO 80305
T: 202.559-2433
wanderson@hfajustice.com

COHEN MILSTEIN SELLERS & TOLL PLLC
Benjamin D. Brown*
Brent W. Johnson*
Robert A. Braun*
1100 New York Ave., Suite 500
Washington, DC 20005
T: 202.408.4600
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
rbraun@cohenmilstein.com

MORGAN, LEWIS & BOCKIUS LLP
Jason R. Scherr (Bar No. 25633)
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
T: 202.373.6709
F: 202.373.6460
jr.scherr@morganlewis.com

Elizabeth Herrington
77 W. Wacker Drive
Chicago, IL 60601
T: 312.324.1000
F: 312.324.1001
beth.herrington@morganlewis.com

R. Brendan Fee*
1701 Market Street
Philadelphia, PA 19103
T: 215.963.5000
F: 215.963.5001
brendan.fee@morganlewis.com

*Attorneys for Defendant Securus Technologies, LLC*

*/s/ Jonathan Pitt*
WILLIAMS & CONNOLLY LLP
Jonathan B. Pitt (Bar No. 16086)
Colette T. Connor*
725 Twelfth Street N
Washington, DC 20005
T: 202.434.5000
F: 202.434.5029
jpitt@wc.com
cconnor@wc.com

(Signed by Jason R. Scherr with permission)

*Counsel for Defendant 3CInteractive Corp.*

| | |
|---|---|
| Christopher J. Bateman*<br>88 Pine Street, 14th Floor<br>New York, NY 1005<br>T: 212.838.7797<br>cbateman@cohenmilstein.com<br><br>JUSTICE CATALYST LAW, INC.<br>Janet Herold*<br>Benjamin D. Elga*<br>123 William Street, 16th Floor<br>New York, NY 10038<br>T: 518.732.6703<br>jherold@justicecatalyst.org<br>belga@justicecatalyst.org<br><br>HUMAN RIGHTS DEFENSE CENTER<br>Daniel Marshall*<br>P.O. Box 1151<br>Lake Worth, FL 33460<br>T: 561.360.2523<br>dmarshall@hrdc-law.org<br><br>WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS<br>Hannah E.M. Leiberman<br>700 14th St. NW, Ste. 400<br>Washington, DC 20005<br>T: 202.319.1040<br>hannah_leiberman@washlaw.org<br><br>*Counsel for Plaintiffs* | */s/ Jonathan I. Gleklen*<br>ARNOLD AND PORTER KAYE SCHOLER LLP<br>Jonathan I. Gleklen (Bar No. 21350)<br>601 Massachusetts Ave. NW<br>Washington, DC 20001-3743<br>T: 202.942.5000<br>F: 202.942.5999<br>jonathan.gleken@arnoldporter.com<br><br>(Signed by Jason R. Scherr with permission)<br><br>Charles Scott Lent*<br>Javier Ortega*<br>250 West 55th Street<br>New York, NY 10019-9710<br>T: 212.836.8000<br>F: 212.836.8689<br>scott.lent@arnoldporter.com<br>Javier.ortega@arnoldporter.com<br><br>*Counsel for Defendant Global Tel*Link Corp* |

* admitted *pro hac vice* or *pro hac vice* forthcoming