UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ASHLEY ALBERT, et al.,

                Plaintiffs,      CIVIL ACTION NO. 8:20-CV-1936

v.

GLOBAL TEL*LINK CORP., et al.,

                Defendants.

### [PROPOSED] ORDER

On November 4, 2021, the Parties jointly moved to enlarge the briefing schedule related to Plaintiffs' Plaintiffs' Motion to Amend Or For Partial Final Judgment Or Interlocutory Appeal docketed at ECF No. 103.

In light of the foregoing and for good cause shown, the Court **GRANTS** the Parties' Joint Motion to Enlarge the Briefing Schedule. The Parties should adhere to the following deadlines:

| Event | Deadline | New Deadline |
| --- | --- | --- |
| All Defendants' Responses to Plaintiffs' Motion to Amend or Partial Final Judgment or Interlocutory Appeal | November 12, 2021 | November 22, 2021 |
| Plaintiffs' Reply to Their Motion to Amend or Partial Final Judgment or Interlocutory Appeal | November 26, 2021 | December 16, 2021 |

**IT IS SO ORDERED.**

                                                  LYDIA KAY GRIGGSBY
                                                  United States District Judge