UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY ALBERT, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>GLOBAL TEL*LINK CORP., et al.,<br><br>                      Defendants. | Civil Action No. 8:20-CV-1936<br><br>**ORAL ARGUMENT JOINDER** |

On October 29, 2021, Plaintiffs filed a motion for leave to amend their complaint or to certify for immediate appeal this Court's September 30, 3021 ruling dismissing with prejudice Plaintiffs' RICO claims. ECF No. 103. Plaintiffs requested oral argument on that motion. *Id.* Defendants opposed the motion on November 22, 2021 (ECF No. 108), and Plaintiffs replied December 16, 2021 (ECF No. 110).

By this joinder, Defendants Securus Technologies, LLC, Global Tel*Link Corp., and 3CInteractive Corp. join in Plaintiffs' request for oral argument.

Dated: December 27, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Jason R. Scherr<br>Jason R. Scherr, Esquire (Bar No. 25633)<br>MORGAN LEWIS & BOCKIUS, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>T: 202.739.6000<br>F: 202.373.6001<br>jr.scherr@morganlewis.com<br><br>Elizabeth Herrington*<br>MORGAN LEWIS & BOCKIUS, LLP<br>77 W. Wacker Drive<br>Chicago, IL 60601<br>T: 312.324.1000<br>F: 312.324.1001<br>beth.herrington@morganlewis.com<br><br>R. Brendan Fee*<br>MORGAN LEWIS & BOCKIUS, LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>T: 215.963.5000<br>F: 215.963.5001<br>brendan.fee@morganlewis.com<br>COUNSEL FOR DEFENDANT SECURUS TECHNOLOGIES, LLC | /s/ Jonathan I. Gleklen<br>Jonathan I. Gleklen, Esquire (Bar No. 21350)<br>Katherine Clemons*<br>Monique Boyce*<br>ARNOLD AND PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, D.C. 20001-3743<br>T: (202) 942-5000<br>F: (202) 942-5999<br>jonathan.gleken@arnoldporter.com<br>katherine.clemmons@arnoldporter.com<br>monique.boyce@arnoldporter.com<br>(Signed by Jason R. Scherr with permission of Jonathan I. Gleklen)<br><br>Charles Scott Lent*<br>Javier Ortega*<br>ARNOLD AND PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>T: (212) 836-8000<br>F: (212) 836-8689<br>scott.lent@arnoldporter.com<br>javier.ortega@arnoldporter.com<br><br>COUNSEL FOR DEFENDANT GLOBAL TEL*LINK CORP. |

/s/ Jonathan Pitt
WILLIAMS & CONNOLLY LLP
Jonathan B. Pitt, Bar No. 16086
Colette T. Connor*
725 Twelfth Street, NW
Washington, DC 20005
T: 202.434.5000
F: 202.434.5029
jpitt@wc.com
cconnor@wc.com
(Signed by Jason R. Scherr with permission of Jonathan Pitt)

STEARNS WEAVER MILLER
WEISSLER ALHADEFF &
SITTERSON, P.A.
Jay B. Shapiro*
150 West Flagler Street, Suite 2200
Miami, FL 33130
T: 305.789.3229
F: 305.789.2664
jshapiro@stearnsweaver.com

COUNSEL FOR DEFENDANT
3CINTERACTIVE CORP.

* admitted *pro hac vice*

# CERTIFICATE OF SERVICE

I certify that on December 27, 2021, Defendants' Oral Argument Joinder was served via the Court's CM/ECF system on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland.

/s/ Jason R. Scherr
Jason R. Scherr