IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ASHLEY ALBERT, et al.,

    Plaintiffs,

CASE NO. 8:20-cv-01936-LKG

vs.

GLOBAL TEL*LINK CORP., et al.,

    Defendants.

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 101(2)(b), it is hereby requested that the appearance of Matthew B. Underwood of Williams & Connolly LLP, admitted *pro hac vice,* be withdrawn as counsel for Defendant 3Cinteractive Corp. in this matter. 3Cinteractive Corp. shall continue to be represented in this action by Jonathan B. Pitt and Colette T. Connor of Williams & Connolly LLP.

Dated: January 3, 2022

Respectfully submitted,

*/s/ Jonathan B. Pitt*
Jonathan B. Pitt, Bar No. 16086
Colette T. Connor (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
T: 202.434.5000
F: 202.434.5029
jpitt@wc.com
cconnor@wc.com

*Attorneys for Defendant 3Cinteractive Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

<em>/s/ Jonathan B. Pitt</em>