IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY ALBERT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 20-cv-01936-LKG |
| v. ) | |
| ) | Dated: January 26, 2022 |
| GLOBAL TEL*LINK CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Oral arguments on plaintiffs' motion for leave to amend the complaint or, in the alternative, for entry of a partial final judgment on their RICO claims or for certification of an interlocutory appeal, pursuant to 28 U.S.C. § 1292(b) (ECF No. 103) will be held on **Tuesday, April 12, 2022, at 11:00 a.m. Eastern Time** in the Edward A. Garmatz Building, Courtroom 5C, 101 West Lombard Street, Baltimore, Maryland 21201.

    **IT IS SO ORDERED.**

                                                        s/ Lydia Kay Griggsby
                                                        LYDIA KAY GRIGGSBY
                                                        United States District Judge