IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| ASHLEY ALBERT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL TEL*LINK CORP., et al., <br><br> Defendants. | Civil Action No. 8:20-cv-1936-LKG |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
BETWEEN PLAINTIFFS AND DEFENDANT GLOBAL TEL*LINK CORP.,
CERTIFICATION OF SETTLEMENT CLASS,
AND APPOINTMENT OF SETTLEMENT CLASS COUNSEL**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs Ashley Albert, Ashley Baxter, Lupei Zhu, and Rhonda Howard (collectively, "Plaintiffs") hereby move for an Order granting preliminary approval of a settlement (the "Settlement Agreement") reached between Plaintiffs and Defendant Global Tel*Link Corp. ("GTL"). The settlement's terms are memorialized in a written agreement entered into by GTL and Plaintiffs on September 4, 2024.

Plaintiffs respectfully request that the Court:

(a)   Grant preliminary approval of the Settlement Agreement;

(b)   Certify the proposed Settlement Class;

(c)   Appoint the Named Plaintiffs in this litigation—Ashley Albert, Ashley Baxter, Lupei Zhu, and Rhonda Howard—as representatives of the Settlement Class;

(d)   Appoint the law firms Handley Farah & Anderson PLLC and Cohen Milstein Sellers & Toll PLLC (currently serving as Interim Co-Lead Counsel) as Co-Lead Counsel for the Settlement Class;

(e) Direct Settlement Class Counsel to submit a motion to approve a plan of notice of the Settlement Agreement at an appropriate time, i.e., after Defendants have produced adequate identifying data and billing information regarding Settlement Class members and prior to Plaintiffs moving for final approval of the Settlement Agreement; and

(f) Grant a stay of all proceedings in this litigation against GTL except as necessary to effectuate the Settlement Agreement or as otherwise agreed to by Plaintiffs and GTL.

This motion is made on the grounds that the Settlement Agreement, which provides for a $17,000,000 (seventeen million U.S. dollars) cash payment for the Settlement Class and material cooperation by GTL in the litigation against the remaining Defendants, is fair, reasonable, and adequate, thereby satisfying the requirements of Federal Rule of Civil Procedure 23(e). This motion is based on the Settlement Agreement, the memorandum in support of the motion for preliminary approval, and the declaration of George F. Farah, to which the Settlement Agreement is attached as an exhibit.

Dated: September 24, 2024            Respectfully submitted,

*/s/ George Farah*
George F. Farah (*pro hac vice*)
Rebecca P. Chang (*pro hac vice*)
Nicholas J. Jackson (*pro hac vice*)
Simon Wiener (*pro hac vice*)
33 Irving Place
New York, NY 10003
Telephone: (212) 477-8090
gfarah@hfajustice.com
rchang@hfajustice.com
njackson@hfajustice.com
swiener@hfajustice.com

Matthew K. Handley (D. Md. Bar # 18636)
Rachel E. Nadas (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
1201 Connecticut Avenue, NW, Suite 200K

Washington, DC 20036
Telephone: (202) 559-2433
mhandley@hfajustice.com
rnadas@hfajustice.com

William H. Anderson (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
5353 Manhattan Circle, Suite 204
Boulder, CO 80303
Telephone: (202) 559-2433
wanderson@hfajustice.com

Benjamin D. Brown (*pro hac vice*)
Brent W. Johnson (*pro hac vice*)
Robert A. Braun (D. Md. Bar No. 22059)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 5th Fl
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
rbraun@cohenmilstein.com

Christopher J. Bateman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine St., 14th Fl.
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
cbateman@cohenmilstein.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record hereby certifies that on September 24, 2024, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which will cause notice and a copy of this filing to be served upon all counsel of record.

Dated: September 24, 2024            */s/ George Farah*
                                                              George F. Farah