**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ASHLEY ALBERT, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 20-cv-01936-LKG |
| v. | ) |
| | ) Dated:  January 5, 2026 |
| GLOBAL TEL*LINK CORP., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## <u>SCHEDULING ORDER</u>

On December 18, 2025, the parties filed a joint status report, proposing a schedule for discovery in the above-captioned civil matter.  ECF No. 497.  In light of the foregoing, the Court enters the following deadlines for discovery:

| | |
|---|---|
| **November 19, 2025** | Motions to amend the pleadings or for joinder of additional parties (except for good cause) |
| **March 2, 2026** | Substantial Completion of Production of Documents in Response to First Set of Requests for Production |
| **May 1, 2026** | Deadline for Producing Privilege Logs in Response to First Set of Requests for Production |
| **September 17, 2026** | Plaintiffs' motion for class certification and supporting expert reports |
| **December 18, 2026** | Defendants' response to Plaintiffs' class certification motion, opposing expert reports, and Daubert motions directed to Plaintiffs' class certification experts |
| **March 18, 2027** | Plaintiffs' replies in support of class certification and supporting rebuttal expert reports; responses to Defendants' Daubert motions regarding Plaintiffs' class certification experts; and Daubert motions regarding Defendants' class certification experts |

| | |
|---|---|
| **May 13, 2027** | Defendants' replies in support of Daubert motions regarding Plaintiffs' class certification experts and responses to Plaintiffs' Daubert motions regarding Defendants' class certification experts (if applicable) |
| **June 3, 2027** | Plaintiffs' replies in support of their Daubert motions regarding Defendants' class certification experts (if applicable) |
| **August 10, 2027** | Completion of Discovery; submission of Post-Discovery Joint Status Report |
| **To be accounted for in scheduling order submitted 60 days after final ruling on class cert** | Plaintiffs' merits and damages expert reports |
| **To be accounted for in scheduling order submitted 60 days after final ruling on class cert** | Defendants' merits and damages expert reports |
| **To be accounted for in scheduling order submitted 60 days after final ruling on class cert** | Plaintiffs' rebuttal merits and damages expert reports |
| **To be accounted for in scheduling order submitted 60 days after final ruling on class cert** | Motions for summary judgment and Daubert motions regarding merits and damages expert reports |
| **To be accounted for in scheduling order submitted 60 days after final ruling on class cert** | Opposition to motions for summary judgment and Daubert motions regarding merits and damages expert reports |
| **To be accounted for in scheduling order submitted 60 days after final ruling on** | |

**class cert**                     Replies in support of motions for summary
                                   judgment and Daubert motions regarding merits and
                                   damages expert reports

**IT IS SO ORDERED.**


                                   s/ Lydia Kay Griggsby
                                   LYDIA KAY GRIGGSBY
                                   United States District Judge

3