**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| ASHLEY ALBERT, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 20-cv-01936-LKG |
| v. | ) |
| | ) Dated: April 16, 2026 |
| GLOBAL TEL*LINK CORP., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

The parties shall participate in a telephonic status conference on **Thursday, April 23, 2026, at 1:30 p.m. Eastern Time**.

The telephonic status conference will be held *via* WebEx Teleconferencing.  The Court will provide the parties *via* email with a call-in number and an access code.   Participating on the call will be counsel of record for each party.

| | |
|---|---|
| For Plaintiffs Ashley Albert & Ashley Baxter et al: | **Benjamin D Brown** Cohen Milstein Sellers and Toll PLLC 1100 New York Ave. NW Ste. 500 Washington, DC 20005 2024084600 Email: bbrown@cohenmilstein.com |

**Benjamin David Elga**
Justice Catalyst Law
40 Rector Street, Ste 9th Floor
New York, NY 10006
518-732-6703
Email: belga@justicecatalyst.org

**Christopher Bateman**
Cohen Milstein Sellers and Toll PLLC
88 Pine St. 14th Fl.
New York, NY 10005
2128387797
Email: cbateman@cohenmilstein.com

**George Fuad Farah**
Handley Farah & Anderson PLLC
33 Irving Place
New York, NY 10003
212-477-8090
Email: gfarah@hfajustice.com

**Marja K Plater**
Washington Lawyers' Committee for Civil Rights and Urba
700 14th Street, NW, Suite 400
Washington, DC 20005
202-319-1000
Email: mplater@mdlab.org

**Nicholas J Jackson**
Handley Farah and Anderson PLLC
33 Irving Place
New York, NY 10003
3478261308
Email: njackson@hfajustice.com

**Rebecca Pearl Chang**
Handley Farah and Anderson PLLC
33 Irving Place
New York, NY 10003
3474801030
Email: rchang@hfajustice.com

**Robert Abraham Braun**
Cohen Milstein Sellers and Toll PLLC
1100 New York Ave. NW Ste. 500
Washington, DC 20005
2024084600
Email: RBraun@cohenmilstein.com

**William H Anderson**
Hendley Farah and Anderson PLLC
5353 Manhattan Circle Ste 204
Boulder, CO 80303
3038009109
Email: wanderson@hfajustice.com

2

**Matthew Keith Handley**
Handley Farah & Anderson PLLC
1201 Connecticut Avenue, NW, Suite 200k
Washington, DC 20036
202-559-2411
Email: mhandley@hfajustice.com

**Grace Ann Brew**
Cohen Milstein Sellers & Toll PLLC
100 N. 18th St., Ste. 1820
Philadelphia, PA 19103
267-479-5700
Email: gbrew@cohenmilstein.com

For Defendant       **Jonathan Ian Gleklen**
Global Tel*Link     Arnold & Porter Kaye Scholer LLP
Corp.:              601 Massachusetts Ave., NW
                    Washington, DC 20001
                    202-942-5454
                    Email: jonathan.gleklen@arnoldporter.com

**Annette Cremata Day**
Arnold Porter Kaye Scholder
250 West 55th Street
New York, NY 10019
212-836-7363
Email: annette.cremataday@arnoldporter.com

**C. Scott Lent**
Arnold & Porter Kaye Scholer LLP
250 West 55th St.
New York, NY 10019
2128368000
Email: scott.lent@arnoldporter.com

3

| | |
|---|---|
| For Defendant Securus Technologies, LLC | **Adam R. Fox**<br>Squire Patton Boggs (US) LLP<br>555 So. Flower Street, Ste 3100<br>Los Angeles, CA 90071<br>213-689-5166<br>Email: adam.fox@squirepb.com<br><br>**Amy Brown Doolittle**<br>Squire Patton Boggs (US) LLP<br>2550 M Street NW<br>Washington, DC 20037<br>2026266707<br>Email: amy.doolittle@squirepb.com<br><br>**Gabriel Colwell**<br>Squire Patton Boggs<br>555 South Flower Street, 31st Floor<br>Los Angeles, CA 90071<br>213-624-2500<br>Email: gabriel.colwell@squirepb.com<br><br>**Hannah Makinde**<br>Squire Patton Boggs<br>555 S. Flower Street, 31st Floor<br>Los Angeles, CA 90071<br>213-689-5142<br>Email: hannah.makinde@squirepb.com<br><br>**Jesse Taylor**<br>Squire Patton Boggs LLP<br>2000 Huntington Center 41 South High Street<br>Columbus, OH 43215<br>614-365-2714<br>Email: jesse.taylor@squirepb.com |

For Defendant
3Cinteractive
Corp.

**Jonathan Bradley Pitt**
Williams and Connolly LLP
725 12th St NW
Washington, DC 20005-5901
12024345000
Email: jpitt@wc.com

**Colette Connor**
Williams and Connolly LLP
725 12th St. NW
Washington, DC 20854
2024345000
Email: cconnor@wc.com

**Matthew David Heins**
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
202-434-5073
Email: mheins@wc.com


**IT IS SO ORDERED.**


s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge