# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (SOUTHERN DIVISION)

| | | |
|---|---|---|
| Ashley Albert, et al., | * | |
| Plaintiffs | * | |
| v. | * | Civil Case No. 8:20-cv-01936-LKG |
| Global Tel*Link Corp., et al., | * | |
| Defendants | * | |

**ORDER**

This Order memorializes the Discovery Conference held on June 16, 2026.  ECF No. 584. Plaintiffs shall provide a list of individuals, including any available identifying information, whom they reasonably believe purchased class products during the class period.  Defendant Securus Technologies, LLC ("Defendant") shall provide information from the arbitration databases it is willing to search for all individuals for whom any of the information available matches any of the information Plaintiffs have provided.  For those databases which Defendant is unwilling to search, Defendant shall provide the information in those databases to Plaintiffs.  The parties shall meet and confer as to the specific timing for the provision of this information.

Additionally, Defendant is granted leave to serve discovery requests upon Plaintiffs for: 1) information in Plaintiffs' possession, custody or control regarding identifying information for potential individual class members; and 2) the method(s) Plaintiffs shall use to match information in Defendant's arbitration database(s) to Plaintiffs' potential list of individual class members.

Finally, Plaintiffs shall supplement their responses to the discovery requests at issue in Defendant's Request to Compel, ECF No. 577, no later than thirty days before the class certification deadline, based on the information available to them at that time.

1

So ordered.

Date:   June 17, 2026

_____/s/_____

Ajmel A. Quereshi
U.S. Magistrate Judge